# EXHIBIT D

Latest     Accelerators   AI   Growth   Startups   VC     **Impact Awards**     Contact          SUBSCRIBE

# Flux Raises $37M to Accelerate AI-Powered Hardware Design

  

AI     VC

**Sofya Zhamoitina**
Venture Reporter at The Top Voices

March 5, 2026   1 min

**Table of contents**

**Building Hardware at Software Speed**

**Expanding the AI Hardware Engineer**

**Strengthening the Core eCAD Platform**

**Deepening Ecosystem Integrations**



Image credit: Flux



**Read also**

**Pangea Unveils Advanced AI Security**

**Platform**

Pangea introduces AI Guard and Prompt Guard,

**Key Takeaways:**

- Flux secures $37M led by 8VC to scale AI-driven hardware engineering.
- Funding boosts AI agent capabilities and core eCAD platform performance.
- Platform expands integrations with distributors and manufacturing tools.

Flux, an AI-first hardware design platform rethinking how electronics are built, has raised $37 million in new funding led by 8VC, with participation from Bain Capital Ventures, Liquid 2 Ventures, Outsiders Fund, and prominent operators including Lenny Rachitsky, John Lilly, and Tom Preston-Werner. The capital will accelerate development of AI-native tools aimed at making hardware creation as iterative and accessible as software development.

# Building Hardware at Software Speed

Founded on the belief that hardware design should be faster and more collaborative, Flux began investing in AI capabilities as early as 2019. Early experimentation laid the foundation for an AI-first architecture, enabling rapid integration of large language models as the technology matured. Today, more than 1,099,361 builders have created over 6,425,482 projects on the platform, reflecting growing adoption across the hardware community.

# Expanding the AI Hardware Engineer

Funding will enhance Flux's AI agent, improving speed, reliability, and clarity. The system already executes multi-step workflows through natural language prompts. Future updates will focus on predictability and transparency, ensuring users understand when

to trust outputs and when to validate results. The model operates directly within the same editor used by engineers, aligning automation with real workflows.

## Strengthening the Core eCAD Platform

Investment will also advance the core electronic CAD infrastructure, enabling confident design of increasingly complex boards. Improvements target performance at scale, stability, and production-ready outputs, supporting professional engineering teams.

## Deepening Ecosystem Integrations

Flux will expand integrations with distributors, manufacturers, and simulation tools, building a robust parts library grounded in real-world availability. The goal is seamless alignment with existing hardware workflows and supply chains.

The new funding positions Flux to accelerate innovation across AI-driven hardware engineering while maintaining user control and workflow transparency.

1382 views

## STAY AHEAD IN TECH & STARTUPS

Get monthly email with insights, trends, and tips curated by Founders

SUBSCRIBE

# Growth Moves

SOFTWARE    DEVELOPMENT

**Velosio Acquires Domain 6 to Expand Enterprise Microsoft Services**

SOFTWARE    GROWTH

**Credas and Finity Partn Automate Payroll Ident Verification**

GROWTH    CYBERSECURITY

**Dragos Acquires Phosphorus to Expand xOT Cybersecurity Capabilities**

AI    GROWTH

**Jeremy Renner Partner with RapidSOS to Adva AI Emergency Respons**

GROWTH    AI

**Testlio Appoints Darin Brown As Chief Technology And Product Officer**

HEALTH    GROWTH

**Semble Launches CQC Companion to Simplify Healthcare Compliance**

AI    GROWTH

**Finom and Porters Partner to Automate Fintech Compliance Operations**

AI    EVENTS

**Enterprise AI Expo 202 Drive Digital Transform in Oman**

# Funding Rounds

AI    VC

**SPARQ Raises $8.5M to Democratize AI-Powered Game Development**

AI    VC

**Oplane Raises €4.5M t Secure the AI Developn Lifecycle**

AI   VC

### INXM Raises €5.7M to Launch AI Process Execution Platform

AI   VC

### Orbital Industries Raises $50M to Scale AI-Powered Infrastructure

HEALTH   VC

### Adaptive Innovations Raises $50M to Expand AI-Powered Home Healthcare

STARTUPS   VC

### Mykor Raises £4M to Scale Low-Carbon Construction Materials

LEGAL   VC

### Bayshore Raises $8M to Turn Regulations Into AI-Powered Compliance Workflows

AI   VC

### Tensormesh Raises $2M to Scale AI Inference Platform

Editorial policy          Privacy policy          Contacts

# Join 3000+ startups

The Top Voices newsletter delivers monthly startup, tech, and VC news and insights.

EMAIL                                    SUBSCRIBE