# EXHIBIT E

# The SaaS News

 

▶ SERIES A

# Flux Secures $37 Million in Funding

Flux, a San Francisco, CA-based AI-powered platform for hardware design, has raised $37 million in funding.

by Ben Murray   Updated   March 02, 2026

   



Flux, a San Francisco, CA-based AI-powered platform for hardware design, has raised $37 million in funding.

# Investors

The round includes a $27 million Series B led by 8VC, with participation from existing investors Bain Capital Ventures, Liquid 2 Ventures, and Outsiders Fund,

as well as an unannounced $10 million Series A led by Outsiders Fund and co-led by Bain Capital Ventures.

8VC is a venture capital firm founded in 2015 and based in Austin, Texas. The firm focuses on investing in transformative technology and life sciences companies across sectors, including healthcare, logistics, defense, and IT infrastructure.

# Flux Use of Funds

The company will use the funding to extend its AI capabilities to more complex electronic design tasks and continue scaling its hardware design platform.

# About Flux

Flux is an AI hardware engineer trained on hundreds of thousands of real-world designs. Its platform enables makers, designers, and entrepreneurs to create circuit boards, source components, test designs, and produce finished products using natural language prompts. With over 1 million users designing nearly 6.5 million devices globally, Flux empowers individuals and businesses to innovate across applications ranging from IoT devices to biomedical platforms.

# Funding Details

Company: Flux

Raised: $37.0M

Round: Series B + Series A

Funding Date: February 2026

Lead Investors: 8VC (Series B), Outsiders Fund (Series A)

Additional Investors: Bain Capital Ventures, Liquid 2 Ventures, Outsiders Fund

Company Website: https://www.flux.ai/

Software Category: AI-Hardware Design / Design Automation

Source:

https://www.globenewswire.com/news-release/2026/02/27/3246498/0/en/Flux-the-AI-hardware-engineer-announces-37M-in-new-investment.html

 by Ben Murray    Updated    March 02, 2026

## Subscribe to New Posts

Learn what companies and software categories are raising!

E-mail                    SUBSCRIBE

## Read More



▸ SERIES A

### Auger Raises $200M Series A

by Ben Murray    June 05, 2026



▸ SERIES A

### Arpio Raises $15M Series A

by Ben Murray    June 05, 2026



