# EXHIBIT F

6/5/26, 6:45 PM

8VC on X: "Proud to lead @BuildWithFlux's $27M Series B, ~7 years since writing the 1st check. @Matthias Wagner had a visionary (read: crazy) …

Case 3:26-cv-05480   Document 1-6   Filed 06/05/26   Page 2 of 2



## Post

**8VC** ✔
@8vc

···

Proud to lead @BuildWithFlux's $27M Series B, ~7 years since writing the 1st check.

@MatthiasWagner had a visionary (read: crazy) idea: let anyone with a browser design & build electronics.

1M users and 6.5M projects later, the creative hardware revolution is here.

0:03 / 0:42

8:55 AM · Feb 27, 2026 · **40.1K** Views

💬 25        ⟲ 114        ♡ 1.2K        🔖 36        ⬆️

💬 **Read 25 replies**

### New to X?

Sign up now to get your own pers

G  **Sign up with G**

 **Sign up with A**

**Create accour**

By signing up, you agree to the Te
Privacy Policy, including Cookie U

### Relevant people

**8VC** ✔
@8vc
8VC is a leading tech
investment firm base
Texas.

### What's happening

Trending in United States
**#loveislandusas8**
Trending with  Corbin, Melanie

Video game genres · Trending
**Tifa**
Trending with  Bosch, Final Fant

Trending in United States
**Baseless**

Sports · Trending
**Josh Hart**

**Show more**

Terms of Service  |  Privacy Policy  |
Accessibility  |  Ads info  |  More ···

**Don't miss what's happening**
People on X are the first to know.

Log in        S