# EXHIBIT H

The Wayback Machine - https://web.archive.org/web/20251122020431/https://www.flux.ai/p

 Use cases ⌄   Explore ⌄   Resources ⌄   Enterprise   Pricing   Contact ⌄      Search millions of pro   Log In   Sign Up

# Design PCBs with AI

What do you want to build today?




Make me a  with  powered by  for .

Start Designing With AI

**1,099,361**
Builders

**6,425,482**
Projects

**821,334**
Components

Partnered with your favorite manufacturers

       

Design PCBs with AI

# The first AI intern for PCBs

Introducing a new way to work: Give Flux a job and it plans, explains, and executes workflows inside a full browser-based eCAD you can edit anytime.



# AI help from idea to PCB

**Work with Flux like an engineering intern**—automating the grunt work, learning your standards, explaining its decisions, and checking in for feedback at key moments.









| 01 | Plan | 02 | Schematic | 03 | Layout | 04 | Manufacture |

**01 Plan**

Describe what you want to build. Flux understands your requirements and maps out a detailed plan for your approval.

**02 Schematic**

Flux generates conducts research, generates BoMs and schematics while checking in at key points to get your feedback and direction.

**03 Layout**

AI places parts and routes your design with awareness of your constraints — delivering layouts you can edit and continue to optimize.

**04 Manufacture**

Outputs are ready for fab, with sourcing-aware parts suggestions to reduce cost and avoid supply risks.

# Ship real hardware

Flux scales from quick prototypes to production-ready PCBs. Explore thousands of forkable projects and templates or brainstorm with Flux.









**IoT Devices**

ESP32 boards, connected sensors, and gateways.

**Wearables**

Compact, multi-layer PCBs for consumer devices.

**Robotics**

Motion control, embedded systems, & power distribution.

**Audio Devices**

Drivers, power converters, and control boards.

Design PCBs with AI









| Drones | Motor Controllers | Smart Home | FPGAs |
|---|---|---|---|
| Flight controllers, telemetry, and navigation systems. | Drivers, converters, and custom control boards. | Relays, controllers, and wireless hubs. | High-performance and reconfigurable boards. |

# Why engineers choose Flux

Hardware is entering a new era, led by engineers who embrace AI. Flux is the platform built for them—with automation, collaboration, and intelligence that improves with every design.

 **Live component data**

Design with real inventory, pricing, and alternates—your BoM is always ready to source.

 **Real-time collaboration**

Work together at the speed of thought with version control and advanced permissions.

 **Works anywhere**

Browser-native design means no downloads, instant sharing, and access from any device.

 **Transparent AI**

Every action is explainable, reviewable, and reversible—you stay in control.

 **Smart guardrails**

Automated design rule checks, supply chain monitoring, and manufacturability validation.

 **Human Support**

Fast help from real engineers and an active builder community.

Designing Less with AI

Our vision

# Taking the hard out of hardware

Unlike software, building hardware is still insanely difficult. If you're working with atoms, the costs are high, the risks are significant, and the timelines are long.

We founded Flux to make atoms as malleable as bits.We want to take the hard out of hardware, to make it as easy for a teenager to build an iPhone as a website. Read more about Flux manifesto.



# If you can type, you can build

Join thousands of engineers already designing with AI.

Get Started for Free  ›

## Frequently Asked Questions

What kinds of boards can I design in Flux?                                    ⌄

Can I import projects from Altium, Cadence, or KiCad?                         ⌄

Can I export for manufacturing?                                               ⌄

Is my data secure?                                                           ⌄

How capable is the AI — and what are its limits?                            ⌄

How does Flux perform in the browser?                                        ⌄

How much does Flux cost?                                                     ⌄

How do I get help if I'm stuck?                                              ⌄

How is Flux different from traditional ECAD tools?                          ⌄



| Join our Slack | Product | Guides | Sitemap | Company |
|---|---|---|---|---|
| Youtube | Featured Projects | KiCAD vs Flux | Overview | Blog |
| Twitter | Documentation | EasyEDA vs Flux | Microcontrollers | Contact Us |
| Instagram | Organizations | The Flux Method | Reference Designs | Contact Sales |
| Facebook | Pricing | Copilot Prompts | Common Parts | About Us |
| | Feedback | Video Tutorials | Library | We're Hiring! |
| | | Instructables | Project Templates | Status |
| | | Overshoot Videos | Manufacturers | Terms of Service |
| | | | Active Components | Privacy Policy |
| | | | Passive Components | |
| | | | Top Users | |
| | | | Top Organizations | |