# EXHIBIT L

Flux

Use cases ⌄    Explore ⌄    Resources ⌄    Enterprise    Pricing    Contact ⌄

Search millions of projects

Log In    Sign Up

# Design PCBs with AI

## What do you want to build today?



Make me a temperature and humidity sensor node with Wifi and Bluetooth powered by USB-C (5V) for consumer use .

**Start Designing With AI**

1,099,361        6,425,482        821,334



Elements    Console    Sources    Network    Performance    Memory    »    ⊗ 14  ❗1    ⚙  ⋮  ✕

```
<!DOCTYPE html>
<html lang="en" data-wf-page data-wf-site="5f1af4c2e67
caae8e13187f1" class="wf-montserrat-n8-active wf-monts
errat-n1-active wf-montserrat-n4-active wf-montserrat-
n7-active wf-montserrat-n9-active wf-montserrat-n5-act
ive wf-montserrat-n3-active wf-montserrat-n2-active wf
-montserrat-n6-active wf-montserrat-i5-active wf-monts
errat-i7-active wf-montserrat-i9-active wf-montserrat-
i8-active wf-montserrat-i1-active wf-montserrat-i2-act
ive wf-montserrat-i6-active wf-montserrat-i3-active wf
-montserrat-i4-active wf-ubuntu-n3-active wf-ubuntu-i3
-active wf-ubuntu-i4-active wf-ubuntu-n4-active wf-ubu
ntu-n5-active wf-materialicons-n3-active wf-materialic
ons-n4-active wf-materialicons-n5-active wf-materialic
ons-n6-active wf-materialicons-n7-active wf-ubuntu-n7-
active wf-roboto-n6-active wf-roboto-n4-active wf-robo
to-n7-active wf-roboto-n3-active wf-roboto-n5-active w
f-ubuntu-i5-active wf-ubuntu-i7-active wf-active"
data-auth-state="anon"> (view-source) (scroll)
  ▶ <head> ⋯ </head>
⋯ ▼ <body class="body"> == $0
    ▶ <div class="site-nav w-nav" data-animation="defaul
      t" data-auth-root="nav" data-collapse="medium"
      data-duration="0" data-easing="ease" data-easing2=
      "ease" role="banner"> ⋯ </div> (flex)
    ▶ <div id="nav-logo-context-menu" class="nav-logo-ct
      x-menu" role="menu" aria-hidden="true" aria-label=
      "Flux logo actions" tabindex="-1"> ⋯ </div>
    ▶ <style> ⋯ </style>
    ▶ <script> ⋯ </script>
```

Styles    Compu        Application        Properties  »

                        Security
▽ Filter                                    (.*)  ☐ Show all
                        Lighthouse
aLink: ""
accessKey: "        Recorder
▶ attributeSty                    pertyMap {size: 0
▶ attributes:                    ): class, class: c
  autocapitaliz⋯
  autofocus: false
  background: ""
  baseURI: "https://www.flux.ai/p"
  bgColor: ""
  childElementCount: 45
▶ childNodes: NodeList(122) [text, div.site-na
▶ children: HTMLCollection(45) [div.site-nav.w
▶ classList: DOMTokenList ['body', value: 'bod
  className: "body"
  clientHeight: 12884
  clientLeft: 0
  clientTop: 0
  clientWidth: 135
  contentEditable: "inherit"
  currentCSSZoom: 1
▶ customElementRegistry: CustomElementRegistry
▶ dataset: DOMStringMap {}
  dir: ""
  draggable: false
  elementTiming: ""
  enterKeyHint: ""
▶ firstChild: text
▶ firstElementChild: div.site-nav.w-nav





