# EXHIBIT N

**Subject:** Defy Gravity d/b/s Flux / Adafruit Industrues
**Date:** Saturday, May 23, 2026 at 12:41:07 PM Pacific Daylight Time
**From:** Martin Schwimmer <Martin.Schwimmer@iamstobbs.com>
**To:** jlenzner@fenwick.com <jlenzner@fenwick.com>
**Attachments:** image238754.png

May 23, 2026

Dear Mr. Lenzner:

Mr. Torrone, Ms. Fried, and Adafruit Industries have requested that we respond to your letter of May 22, regarding Defy Gravity d/b/a Flux.

We are investigating the facts in this matter and will respond shortly.

This email is without prejudice to the rights and remedies of Mr. Torrone, Ms. Fried, and Adafruit, all of which are expressly reserved.

Martin Schwimmer
914-500-7026

**Martin Schwimmer**
IA Director and Founding Partner US – Stobbs

Martin.Schwimmer@iamstobbs.com
www.iamstobbs.com

 Intangible Asset Management

CONFIDENTIALITY NOTICE - This email is a communication between a law office and a particular individual or entity. It may contain confidential or privileged information. If you are not the intended recipient, please immediately contact the law offices of Stobbs at 704-702-6007 to notify the form of the error and to confirm that all electronic and hard copies of the communication have been destroyed.

1 of 1