Rhett O. Millsaps II (SBN 348949)
rhett@lex-lumina.com
Mark P. McKenna (*pro hac vice forthcoming*)
mark@lex-lumina.com
Christopher J. Sprigman (*pro hac vice forthcoming*)
chris@lex-lumina.com
LEX LUMINA LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 600-6063

Martin Schwimmer (*pro hac vice forthcoming*)
Martin.Schwimmer@iamstobbs.com
STOBBS
214 W. Tremont Avenue, Suite 303
Charlotte, NC 28203
Telephone: (704) 702-6007

*Attorneys for Plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No. 3:26-cv-05480<br><br>**PLAINTIFF ADAFRUIT INDUSTRIES, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**<br><br>**(Fed. R. Civ. P. 7.1)** |

1

PLAINTIFF ADAFRUIT INDUSTRIES, LLC'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Adafruit Industries, LLC discloses that it has no parent corporation and that no publicly held corporation holds 10% or more of its membership interests.

Dated: June 5, 2026

Respectfully submitted,

LEX LUMINA LLP

By: /s/ *Rhett O. Millsaps II*
    Rhett O. Millsaps II (SBN 348949)
    rhett@lex-lumina.com
    Mark P. McKenna (*pro hac vice forthcoming*)
    mark@lex-lumina.com
    Christopher J. Sprigman (*pro hac vice forthcoming*)
    chris@lex-lumina.com
    700 S. Flower Street, Suite 1000
    Los Angeles, CA  90017
    Telephone:  +1 213.600.6063

    Martin Schwimmer (*pro hac vice forthcoming*)
    Martin.Schwimmer@iamstobbs.com
    STOBBS
    214 W. Tremont Avenue, Suite 303
    Charlotte, NC 28203
    Telephone: (704) 702-6007

    *Attorneys for Plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried*

2

PLAINTIFF ADAFRUIT INDUSTRIES, LLC'S RULE 7.1 STATEMENT