Rhett O. Millsaps II (SBN 348949)
rhett@lex-lumina.com
Mark P. McKenna (*pro hac vice forthcoming*)
mark@lex-lumina.com
Christopher J. Sprigman (*pro hac vice forthcoming*)
chris@lex-lumina.com
LEX LUMINA LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Telephone: (213) 600-6063

Martin Schwimmer (*pro hac vice forthcoming*)
Martin.Schwimmer@iamstobbs.com
STOBBS
214 W. Tremont Avenue, Suite 303
Charlotte, NC 28203
Telephone: (704) 702-6007

*Attorneys for Plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED, | Case No. 3:26-cv-05480 |
| Plaintiffs, | **PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | |
| DEFY GRAVITY, INC. d/b/a FLUX, | **(Civil L.R. 3-15)** |
| Defendant. | |

1

PLAINTIFFS' LOCAL RULE 3-15 CERTIFICATION

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Upon information and belief, Eight Partners VC, LLC d/b/a 8VC is an investor in and/or partial owner of Defy Gravity, Inc. d/b/a Flux

Dated: June 5, 2026

Respectfully submitted,

LEX LUMINA LLP

By: /s/ *Rhett O. Millsaps II*
    Rhett O. Millsaps II (SBN 348949)
    rhett@lex-lumina.com
    Mark P. McKenna (*pro hac vice forthcoming*)
    mark@lex-lumina.com
    Christopher J. Sprigman (*pro hac vice forthcoming*)
    chris@lex-lumina.com
    700 S. Flower Street, Suite 1000
    Los Angeles, CA  90017
    Telephone:  +1 213.600.6063

    Martin Schwimmer (*pro hac vice forthcoming*)
    Martin.Schwimmer@iamstobbs.com
    STOBBS
    214 W. Tremont Avenue, Suite 303
    Charlotte, NC 28203
    Telephone: (704) 702-6007

    *Attorneys for Plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried*

PLAINTIFFS' LOCAL RULE 3-15 CERTIFICATION