# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No. 3:26-cv-5480<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>**(Civil L.R. 11-3)** |

I, Christopher J. Sprigman, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried in the above-entitled action. My local co-counsel in this case is Rhett O. Millsaps II, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 348949.

**MY ADDRESS OF RECORD**
745 Fifth Avenue, Suite 500
New York, NY 10151

**LOCAL CO-COUNSEL'S ADDRESS OF RECORD**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017

**MY TELEPHONE # OF RECORD**
(434) 249-4345

**LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD**
(213) 600-6063

**MY EMAIL OF RECORD**
chris@lex-lumina.com

**LOCAL CO-COUNSEL'S EMAIL OF RECORD**
rhett@lex-lumina.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is CS7310 (SDNY).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I have been granted pro hac vice admission by the Court 1 time in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 9, 2026                    By: _____

                                            Christopher J. Sprigman

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Christopher J. Sprigman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____        _____
                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

CHRISTOPHER  SPRIGMAN , Bar # CS7310

was duly admitted to practice in the Court on

January 21, 1997

and is in good standing as a member of the Bar of this Court

Dated at        500 Pearl St.                On        June 9, 2026
                New York, New York

Tammi M. Hellwig                By        s/ R. Juliano
Clerk of Court                            Deputy Clerk