# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANSCISO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No. 3:26-cv-5480<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br><br>**(Civil L.R. 11-3)** |

I, Martin Schwimmer, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried in the above-entitled action. My local co-counsel in this case is Rhett O. Millsaps II, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 348949.

**MY ADDRESS OF RECORD**
214 W. Tremont Avenue, Suite 303
Charlotte, NC 28203

**MY TELEPHONE # OF RECORD**
(704) 702-6007

**MY EMAIL OF RECORD**
Martin.Schwimmer@iamstobbs.com

**LOCAL CO-COUNSEL'S ADDRESS OF RECORD**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017

**LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD**
(213) 600-6063

**LOCAL CO-COUNSEL'S EMAIL OF RECORD**
rhett@lex-lumina.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2266922.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

1

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I have been granted pro hac vice admission by the Court Zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 15, 2026                    By: _Martin Schwimmer_

Martin Schwimmer

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Martin Schwimmer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____June 15, 2026_____          _____

UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

### Martin Bernard Schwimmer

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on *April 17, 1989*, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on June 10, 2026.

*Clerk of the Court*

CertID-00294040



# Supreme Court of the State of New York
## Appellate Division, First Department

DIANNE T. RENWICK
PRESIDING JUSTICE

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

DOUGLAS C. SULLIVAN
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020