# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED, | Case No. 3:26-cv-5480 |
| Plaintiffs, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |
| v. | **(Civil L.R. 11-3)** |
| DEFY GRAVITY, INC. d/b/a FLUX, | |
| Defendant. | |

I, Mark P. McKenna, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried in the above-entitled action. My local co-counsel in this case is Rhett O. Millsaps II, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 348949.

**MY ADDRESS OF RECORD**
745 Fifth Avenue, Suite 500
New York, NY 10151

**LOCAL CO-COUNSEL'S ADDRESS OF RECORD**
745 Fifth Avenue, Suite 500
New York, NY 10151

**MY TELEPHONE # OF RECORD**
(646) 898-2055

**LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD**
(646) 898-2055

**MY EMAIL OF RECORD**
mark@lex-lumina.com

**LOCAL CO-COUNSEL'S EMAIL OF RECORD**
rhett@lex-lumina.com

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 6272699.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

1

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2026              By: _____

                                        Mark P. McKenna

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Mark P. McKenna is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____June 25, 2026_____

                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Mark Philip McKenna

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2000 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 17th day of June, 2026.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois