ERIC BALL (CSB No. 241327)
EBall@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

KATHERINE MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, Floor 33
San Francisco, CA  94111
Telephone:     415.875.2300

JON LENZNER (NYSB No. 4283164)
*Pro Hac Vice admission pending*
JLenzner@fenwick.com
FENWICK & WEST LLP
1155 F Street, NW, 12th Floor
Washington, DC  20004
Telephone:     202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>                    Defendant. | Case No.: 3:26-cv-05480-LB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, Jonathan Lenzner, an active member in good standing of the bar of the State of New York and of the State of Maryland, hereby respectfully apply for admission to the practice *pro hac vice* in the Northern District of California representing Defy Gravity, Inc. d/b/a FLUX in the above-entitled action.  My local co-counsel in this case is Eric Ball, an attorney who is a member of the

FENWICK & WEST LLP
ATTORNEYS AT LAW

bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is 241327.

My address of record is:

> JON LENZNER (NYSB No. 4283164)
> JLenzner@fenwick.com
> FENWICK & WEST LLP
> 1155 F Street, NW, 12th Floor
> Washington, DC 20004
> Telephone:    202.970.3000

Local Co-Counsel's address of record is:

> ERIC BALL (CSB No. 241327)
> EBall@fenwick.com
> FENWICK & WEST LLP
> 801 California Street
> Mountain View, CA 94041
> Telephone:    650.988.8500

I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above, my bar numbers are: New York No. 4283164 and Maryland No. 2103040006.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one time in the 12 months preceding this application.

Dated:   July 27, 2026                    FENWICK & WEST LLP


                                          By:  /s/ Jonathan Lenzner
                                               Jonathan Lenzner
                                               Applicant

                                          Attorneys for Defendant
                                          DEFY GRAVITY, INC. d/b/a FLUX

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jonathan Lenzner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  _____, 2026

_____
United States District/Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW