ERIC BALL (CSB No. 241327)
EBall@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

KATHERINE MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, Floor 33
San Francisco, CA  94111
Telephone:     415.875.2300

JON LENZNER (NYSB No. 4283164)
*Pro Hac Vice admission pending*
JLenzner@fenwick.com
FENWICK & WEST LLP
1155 F Street, NW, 12th Floor
Washington, DC  20004
Telephone:     202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No.: 3:26-cv-05480-LB<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, Jonathan Lenzner, an active member in good standing of the bar of the State of New York and of the State of Maryland, hereby respectfully apply for admission to the practice *pro hac vice* in the Northern District of California representing Defy Gravity, Inc. d/b/a FLUX in the above-entitled action.  My local co-counsel in this case is Eric Ball, an attorney who is a member of the

bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is 241327.

My address of record is:

> JON LENZNER (NYSB No. 4283164)
> JLenzner@fenwick.com
> FENWICK & WEST LLP
> 1155 F Street, NW, 12th Floor
> Washington, DC  20004
> Telephone:    202.970.3000

Local Co-Counsel's address of record is:

> ERIC BALL (CSB No. 241327)
> EBall@fenwick.com
> FENWICK & WEST LLP
> 801 California Street
> Mountain View, CA  94041
> Telephone:    650.988.8500

I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above, my bar numbers are: New York No. 4283164 and Maryland No. 2103040006.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court one time in the 12 months preceding this application.

Dated:   July 27, 2026

FENWICK & WEST LLP


By:  /s/ Jonathan Lenzner
Jonathan Lenzner
Applicant

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

FENWICK & WEST LLP
ATTORNEYS AT LAW

**ORDER GRANTING APPLICATION**

**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Jonathan Lenzner is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance pro hac vice.  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:    _____July 27_____, 2026

_____

United States ~~District~~/Magistrate Judge



## Appellate Division of the Supreme Court
### of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jonathan Falk Lenzner

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 27, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on June 12, 2026.

*Clerk of the Court*

CertID-00294793

# Supreme Court of Maryland

### Annapolis, MD



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the fourth day of March, 2021,

### *Jonathan Falk Lenzner*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the eleventh day of August, 2026.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twelfth day of June, 2026.

_____
Clerk of the Supreme Court of Maryland