ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

KATHERINE A. MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:    415.875.2300

JON LENZNER (NYSB No. 4283164)
*Admitted Pro Hac Vice*
JLenzler@fenwick.com
FENWICK & WEST LLP
1155 F Street NW, 12th Floor
Washington, DC 20004
Telephone:    202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No.: 3:26-cv-05480-LB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Fed. R. Civ. P. 7.1 and Civil L.R. 3-15) |

FENWICK & WEST LLP
ATTORNEYS AT LAW

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, defendant Defy Gravity, Inc. d/b/a Flux ("Flux" or the "Company"), by and through counsel, hereby certifies the following:

Flux has no parent corporation, and no public corporation owns 10% or more of the Company's stock.

Pursuant to Civil Local Rule 3-15, the undersigned certifies, on behalf of Defendant, that, as of this date, other than the named parties, there is no such interest to report.

Dated:   July 27, 2026          FENWICK & WEST LLP


By:   _/s/ Eric Ball_____
         Eric Ball

         Attorneys for Defendant
         DEFY GRAVITY, INC. d/b/a FLUX

FENWICK & WEST LLP
ATTORNEYS AT LAW