ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA  94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

KATHERINE A. MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, Floor 33
San Francisco, CA  94111
Telephone:    415.875.2300

JON LENZNER (NYSB No. 4283164)
*Admitted Pro Hac Vice*
JLenzler@fenwick.com
FENWICK & WEST LLP
1155 F Street NW, 12th Floor
Washington, DC  20004
Telephone:    202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No.: 3:26-cv-05480-LB<br><br>**JOINT STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Laurel Beeler<br><br>Date Action Filed:  June 5, 2026<br><br>**JURY TRIAL DEMANDED** |

Plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried (collectively, "Plaintiffs") and Defendant Defy Gravity, Inc. d/b/a Flux ("Defendant"), by and through undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on June 5, 2026;

WHEREAS, Plaintiffs sent Defendant a Waiver of the Service of Summons on June 11, 2026, which Defendant executed and Plaintiffs filed, making Defendant's current deadline to the respond to the Complaint August 10, 2026. ECF No. 10;

WHEREAS, Plaintiffs notified Defendant that they intended to amend the Complaint to add additional claims, and in the interest of economy, the parties agreed to a schedule by which Plaintiffs would amend the Complaint and Defendant would respond to the amended Complaint, including an extension of time for Defendant to respond to the original Complaint should Plaintiffs not file an amendment by July 27;

WHEREAS, as of today, Plaintiffs have not yet amended their Complaint;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 6-1(a), by and between the undersigned counsel for the parties, that:

i.  Defendant's deadline to answer, move, or otherwise respond to the original Complaint shall be August 31, 2026; and

ii.  This stipulation does not waive Plaintiffs' right under Fed. R. Civ. P. 15(a)(1)(B) to amend their Complaint as a matter of course no later than 21 days after Defendant serves its responsive pleading or motion under 12(b), (e), or (f), whichever is earlier.

DATED: July 31, 2026                                        FENWICK & WEST LLP


                                                  By:    /s/ Katherine A. Marshall
                                                         Katherine A. Marshall

                                                         *Counsel for Defendant*


DATED: July 31, 2026                                        LEX LUMINA LLP


                                                  By:    /s/ Rhett O. Millsaps II
                                                         Rhett O. Millsaps II

                                                         *Counsel for Plaintiffs*

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT                    2                    Case No.: 3:26-cv-05480-LB

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated:   July 31, 2026                              By:   */s/ Katherine A. Marshall*

FENWICK & WEST LLP
ATTORNEYS AT LAW

JOINT STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT                    3                    Case No.: 3:26-cv-05480-LB