ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
KATHERINE A. MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300

JON LENZNER (NYSB No. 4283164)
*Admitted Pro Hac Vice*
JLenzner@fenwick.com
FENWICK & WEST LLP
1155 F Street NW, 12th Floor
Washington, DC 20004
Telephone: 202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

FENWICK & WEST LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FIRED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No.: 3:26-cv-05480-LB<br><br>**DECLARATION OF JON LENZNER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS**<br><br>**Date:** **October 8, 2026**<br>**Time:** **9:30 a.m.**<br>**Dept:** **Courtroom B – 15th Floor**<br>**Judge:** **Hon. Laurel Beeler**<br><br>**JURY TRIAL DEMANDED** |

I, Jon Lenzner, declare the following:

1. I am an attorney admitted *pro hac vice* to practice in California and before this Court. I am a partner at the law firm of Fenwick & West LLP, and counsel of record for Defendant Defy Gravity, Inc. d/b/a Flux ("Flux" or the "Company"). I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, I could competently testify to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of a Release of Claim, signed by Flux's Head of Business Operations, Marco Calderon, on August 31, 2026.

3. On August 31, 2026, I sent via email a signed copy of Exhibit A, Flux's Release of Claim, to Rhett O. Millsaps II of Lex Lumina LLP, counsel for Plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 31, 2026.

By: */s/ Jon Lenzner*
Jon Lenzner

# Exhibit A

**RELEASE OF CLAIM**

This Release of Claim is entered into this 31st day of August, 2026 ("Effective Date"), by Defy Gravity, Inc., d/b/a Flux ("Flux" or the "Company"), a Delaware corporation.

WHEREAS, on May 22, 2026, Phillip Torrone ("Torrone") sent an email to Flux claiming to have accessed nonpublic documents and attaching a purported "security vulnerability report;"

WHEREAS, on June 5, 2026, Torrone, Limor Fried ("Fried"), and Adafruit Industries, LLC ("Adafruit," and together with Torrone and Fried, "Plaintiffs") filed the Complaint against Flux in this action, *Adafruit Industries, LLC v. Defy Gravity, Inc.*, No. 3:26-cv-05480-LB (N.D. Cal.), seeking, *inter alia*, a declaratory judgment that Plaintiffs did not violate the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("CFAA") in reporting the purported security flaw to Flux;

WHEREAS, Flux desires to release any claim it may have against Plaintiffs pursuant to the CFAA based on the purported "security vulnerability report" or the actions taken by Plaintiffs that led to that report;

NOW, THEREFORE, Flux hereby agrees as follows:

Flux hereby perpetually, unconditionally, and irrevocably releases and disclaims any intent to file any claim against Plaintiffs Adafruit Industries, LLC, Phillip Torrone, or Limor Fried under the Computer Fraud and Abuse Act, 18 U.S.C. § 1030, that is based upon or related to the actions by Plaintiffs that led to the "security vulnerability report" sent by Torrone to Flux on May 22, 2026.

IN WITNESS WHEREOF, this Release is executed and effective as of the Effective Date.

DEFY GRAVITY, INC. d/b/a FLUX

by: Marco Calderon

Its: Head of Business Operations