ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
KATHERINE A. MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, Floor 33
San Francisco, CA 94111
Telephone: 415.875.2300

JON LENZNER (NYSB No. 4283164)
*Admitted Pro Hac Vice*
JLenzner@fenwick.com
FENWICK & WEST LLP
1155 F Street NW, 12th Floor
Washington, DC 20004
Telephone: 202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No.: 3:26-cv-05480-LB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

Pending before the Court is Defendant Defy Gravity, Inc. d/b/a Flux ("Flux" or the "Company")'s Motion to Dismiss the Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

Upon consideration of the motion and all of the relevant papers on file with the Court in this matter, the Court finds that Defendant's unilateral release moots Plaintiffs' claim for declaratory judgment based on the Computer Fraud and Abuse Act ("CFAA"), and that that claim must be dismissed for lack of subject matter jurisdiction. *See Pub. Util. Comm'n of State of Cal. v. F.E.R.C.*, 100 F.3d 1451, 1459 (9th Cir. 1996); *Buzzballz, LLC v. MPL Brands NV, Inc.*, 826 F. Supp. 3d 1093, 1100-1102 (N.D. Cal. 2025); *Westburg v. Good Life Advisors, LLC*, 2019 WL 1546949, at *2–3 (S.D. Cal. June 8, 2019). The Court further declines to exercise supplemental jurisdiction over Plaintiffs' remaining state law declaratory judgment claim. *See Westburg*, 2019 WL 1546949, at *3.

Accordingly, the Court **GRANTS** Defendant's motion to dismiss the Complaint for lack of subject matter jurisdiction, and dismisses the claims in Plaintiffs' Complaint.

**IT IS SO ORDERED**.

Dated: ________________________, 2026

________________________________________
The Honorable Laurel Beeler
United States Magistrate Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO