**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,

Plaintiffs,

v.

DEFY GRAVITY, INC. d/b/a FLUX,

Defendant.

Case No. 3:26-cv-5480-LB

**JOINT REQUEST AND STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO AMEND COMPLAINT AND FOR DEFENDANT TO RESPOND**

Judge: Hon. Laurel Beeler

Plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried (collectively, "Plaintiffs") and Defendant Defy Gravity, Inc. d/b/a Flux ("Defendant"), by and through undersigned counsel, stipulate as follows:

WHEREAS, Plaintiffs filed their Complaint in this action on June 5, 2026;

WHEREAS, Defendant timely filed a motion to dismiss the Complaint on August 31, 2026;

WHEREAS, Plaintiffs will amend their complaint in response to Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 15(a)(1)(A), including to add additional claims;

WHEREAS, the parties have conferred and agreed upon a procedure and schedule to maximize economy for the Court and the parties; and

WHEREAS, the parties respectfully request that the Court adopt the procedure and schedule proposed by the parties herein;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rule 6-1(b), by and between the undersigned counsel for the parties and subject to the Court's approval, that:

i. Plaintiffs shall file their amended complaint by September 30, 2026;

ii. Defendants' deadline to answer, move, or otherwise respond to the amended complaint

shall be December 4, 2026;

iii. Defendant's pending motion to dismiss (Dkt. No. 26) ("Motion") shall be held in abeyance until Defendant files its response to the amended complaint, at which time Defendant shall either file a response that supersedes its pending Motion or shall notify the Court and Plaintiffs that Defendant will proceed with its Motion as filed at Dkt. No. 26, and Plaintiffs' time to respond to any motion, answer, or other response by Defendant shall run from December 4, 2026.

DATED: September 11, 2026

LEX LUMINA LLP

By: /s/ *Rhett O. Millsaps II*
Rhett O. Millsaps II
*Counsel for Plaintiffs*

DATED: September 11, 2026

FENWICK & WEST LLP

By: /s/ *Jon Lenzner*
Jon Lenzner
*Counsel for Defendant*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: September 11, 2026 By: /s/ *Rhett O. Millsaps II*

**IT IS SO ORDERED**.

Dated: ________________________, 2026

______________________________
THE HON. LAUREL BEELER
United States Magistrate Judge