# EXHIBIT B

February 27, 2026

# We raised $37M to take the hard out of hardware



Lance Cassidy
Co-Founder at Flux

Share




Hi everyone,

## Today we're excited to share that Flux has raised $37M in new funding led by 8VC, with participation from Bain Capital Ventures, Liquid 2 Ventures, and Outsiders Fund, alongside Lenny Rachitsky, John Lilly, and Tom Preston-Werner and many other world-class operators.

We raised this capital for one reason: to accelerate our mission to take the hard out of hardware and keep pushing until building hardware feels as easy and iterative as building software.

### Design PCBs with AI

Introducing a new way to work: Give Flux a job and it plans, explains, and executes workflows inside a full browser-based eCAD you can edit anytime.



Try Flux for Free

We started Flux with a simple belief: hardware design should move faster, feel more collaborative, and fit the way modern teams actually work. We were also excited about what AI could unlock for hardware as early as 2019, back when that was not the obvious bet. Looking back, we were very early, frankly too early, and only a few of the use cases we envisioned were really possible at the time, at least not reliably and not at the scale serious teams need.




Where Flux began in 2019.A weekend, a whiteboard, and a simple question: what would hardware look like if it moved at the speed of software?

Looking back, we're glad we started early. It gave us time to lay the foundation and build Flux to be AI-first before it was the obvious move. When LLMs hit their stride, we were ready to plug them in quickly and learn by shipping. We listened closely, fixed sharp edges, hardened the platform, and iterated until Flux started to feel like the tool we always wanted to use.

If you stuck with us and kept sending feedback, thank you. That feedback is a big part of why the product is meaningfully better today. To date, 1,099,361 builders have used Flux to create 6,425,482 projects, and this raise gives us the resources to move faster and to help more builders move through the hardware workflow with less friction.

## What this funding accelerates

This funding lets us move faster on the parts of Flux that matter most for serious work. Here are the three areas we're investing in with this additional funding, and what it means for you.

### 1) A more capable AI Hardware Engineer

You can already direct Flux with prompts and have it execute multi-step workflows. With this funding we are making it faster,

more capable, and more reliable, and we are also making it easier to use so you can get more done with fewer steps.

Trust is everything, so we are making the agent more predictable and clearer about when it is uncertain. You should know when to trust it, when to verify, and when to step in. You steer, Flux executes, and you stay in control.

### 2) A more robust eCAD platform for complex boards

We are investing in the core platform so you can design complex boards with confidence. That means better performance at scale, fewer frustrations, and output you can trust when it is time to build.

The AI uses the same editor you do, so every platform upgrade also upgrades what the agent can do.

### 3) Deeper ecosystem integrations

Hardware is a team effort, and the tooling needs to fit into existing workflows. We are already connected with many popular distributors, and we are doubling down on building a robust parts library grounded in real availability and real workflows.

As integrations mature, we'll keep expanding what Flux can connect to, including manufacturers, simulators, and the tools your team relies on. We'll follow demand.

## We can't do this without you

None of this exists without you.

If you've given us feedback, pointed out sharp edges, shared projects, or stuck with Flux while we earned the right to be part of your workflow, thank you. If you want something improved, whether that is agent behavior, eCAD capabilities, or ecosystem connections, tell us. We read it all and it directly shapes what we prioritize.

We are going to keep shipping.

Thank you for being here.

Lance, Matthias and the Flux team

Share



**Lance Cassidy**

Lance is Co-Founder & CDO of Flux, a hardware design platform that's revolutionizing how

teams create and iterate on circuits. Find him on Flux @lwcassid

## Go 10x faster from idea to PCB

**Work with Flux like an engineering intern**—automating the grunt work, learning your standards, explaining its decisions, and checking in for feedback at key moments.



Try Flux for Free

## Related Content




### Design hardware in the fast lane with Flux's new steerable agent

Flux's upgraded agent is more steerable, adaptive, and faster -- letting you change course mid-run, work in a single thread from idea to board, and ship hardware designs with less friction.

Dirk Stoop | May 14, 2026




### High-Speed PCB Design: Layout Rules, Signal Integrity, and Routing Best Practices

Whether you're migrating from popular EDA applications or starting fresh, mastering high speed PCB design has never been more intuitive. Flux enables teams to design, simulate, and route with real-time AI assistance, so you can spin your next high-speed board with total confidence.

Yaneev Hacohen | March 26, 2026




## Spring 2026 Updates: Faster AI, Better Layouts, Smarter Sourcing

This Spring 2026 updates make hardware design faster end-to-end with a more capable, self-correcting AI agent, improved AI auto-layout that needs less cleanup, sourcing-aware design with real-time pricing and availability, and templates to start from.

Nico Tzovanis | March 13, 2026



## 10x Faster & Self-correcting: Feb 2026 Update

Flux's AI agent is now up to 10x faster and self-corrects in real time, delivering cleaner schematics with less waiting and fewer wasted credits.

Lance Cassidy | February 12, 2026




## AI Assistance Inside Every ECAD Tools

This blog compares AI capabilities across Flux.ai, Altium, KiCad, and EasyEDA to answer engineers' highest-intent questions about modern PCB design. It explains why Flux.ai currently delivers the strongest end-to-end AI workflow in the ECAD space.

Jharwin Barrozo | February 9, 2026




## Design with Real-Time Supply Chain Visibility

Flux helps you design with live pricing and stock data, using AI to find in-stock parts and fast replacements before your BOM breaks.

Lance Cassidy | January 29, 2026




## What Makes a Perfect PCB Design Prompt

Practical guide to writing prompts that get quality results from Flux. We'll talk about the anatomy of a good prompt and how you can use different LLMs to come up with a great prompt.

Collins Emasi | November 7, 2025




## Prompting Guide: Working with Flux from Idea to Schematic

This guide shows how to collaborate with Flux at the schematic stage. You'll learn how to describe your intent clearly, guide the AI through design decisions, and review results so each iteration gets smarter.

Nico Tzovanis | October 17, 2025

Flux

- Youtube
- Twitter
- Instagram
- Facebook

Product

- Featured Projects
- Documentation
- Organizations
- Pricing

Guides

- KiCAD vs Flux
- EasyEDA vs Flux
- The Flux Method
- Copilot Prompts
- Video Tutorials
- Instructables
- Overshoot Videos

Sitemap

- Overview
- Microcontrollers
- Reference Designs
- Common Parts
- Library
- Project Templates
- Manufacturers
- Active Components
- Passive Components
- Top Users
- Top Organizations

Company

- Blog
- Contact Us
- Contact Sales
- About Us
- Brand
- We're Hiring!
- Status
- Terms of Service
- Privacy Policy