# EXHIBIT D

Latest Accelerators AI Growth Startups VC Impact Awards Contact SUBSCRIBE

# Flux Raises $37M to Accelerate AI-Powered Hardware Design

AI VC

Sofya Zhamoitina
Venture Reporter at The Top Voices

March 5, 2026 1 min




Image credit: Flux

## Table of contents

Building Hardware at Software Speed
Expanding the AI Hardware Engineer
Strengthening the Core eCAD Platform
Deepening Ecosystem Integrations




## Read also

Pangea Unveils Advanced AI Security

**Key Takeaways:**

- Flux secures $37M led by 8VC to scale AI-driven hardware engineering.
- Funding boosts AI agent capabilities and core eCAD platform performance.
- Platform expands integrations with distributors and manufacturing tools.

Flux, an AI-first hardware design platform rethinking how electronics are built, has raised $37 million in new funding led by 8VC, with participation from Bain Capital Ventures, Liquid 2 Ventures, Outsiders Fund, and prominent operators including Lenny Rachitsky, John Lilly, and Tom Preston-Werner. The capital will accelerate development of AI-native tools aimed at making hardware creation as iterative and accessible as software development.

## Building Hardware at Software Speed

Founded on the belief that hardware design should be faster and more collaborative, Flux began investing in AI capabilities as early as 2019. Early experimentation laid the foundation for an AI-first architecture, enabling rapid integration of large language models as the technology matured. Today, more than 1,099,361 builders have created over 6,425,482 projects on the platform, reflecting growing adoption across the hardware community.

## Expanding the AI Hardware Engineer

Funding will enhance Flux's AI agent, improving speed, reliability, and clarity. The system already executes multi-step workflows through natural language prompts. Future updates will focus on predictability and transparency, ensuring users understand when

**Platform**

Pangea introduces AI Guard and Prompt Guard,

to trust outputs and when to validate results. The model operates directly within the same editor used by engineers, aligning automation with real workflows.

## Strengthening the Core eCAD Platform

Investment will also advance the core electronic CAD infrastructure, enabling confident design of increasingly complex boards. Improvements target performance at scale, stability, and production-ready outputs, supporting professional engineering teams.

## Deepening Ecosystem Integrations

Flux will expand integrations with distributors, manufacturers, and simulation tools, building a robust parts library grounded in real-world availability. The goal is seamless alignment with existing hardware workflows and supply chains.

The new funding positions Flux to accelerate innovation across AI-driven hardware engineering while maintaining user control and workflow transparency.

1382 views

STAY AHEAD IN TECH & STARTUPS

Get monthly email with insights, trends, and tips curated by Founders

E-MAIL

SUBSCRIBE

# Growth Moves

SOFTWARE DEVELOPMENT

**Velosio Acquires Domain 6 to Expand Enterprise Microsoft Services**

SOFTWARE GROWTH

**Credas and Finity Partr Automate Payroll Ident Verification**

GROWTH CYBERSECURITY

**Dragos Acquires Phosphorus to Expand xOT Cybersecurity Capabilities**

AI GROWTH

**Jeremy Renner Partner with RapidSOS to Adva AI Emergency Respons**

GROWTH AI

**Testlio Appoints Darin Brown As Chief Technology And Product Officer**

HEALTH GROWTH

**Semble Launches CQC Companion to Simplify Healthcare Compliance**

AI GROWTH

**Finom and Porters Partner to Automate Fintech Compliance Operations**

AI EVENTS

**Enterprise AI Expo 202 Drive Digital Transform in Oman**

# Funding Rounds

AI VC

**SPARQ Raises $8.5M to Democratize AI-Powered Game Development**

AI VC

**Oplane Raises €4.5M t Secure the AI Developr Lifecycle**

AI VC

**INXM Raises €5.7M to Launch AI Process Execution Platform**

AI VC

**Orbital Industries Raise $50M to Scale AI-Powe Infrastructure**

HEALTH VC

**Adaptive Innovations Raises $50M to Expand AI-Powered Home Healthcare**

STARTUPS VC

**Mykor Raises £4M to S Low-Carbon Construct Materials**

LEGAL VC

**Bayshore Raises $8M to Turn Regulations Into AI-Powered Compliance Workflows**

AI VC

**Tensormesh Raises $2 to Scale AI Inference Platform**

Editorial policy Privacy policy Contacts

# Join 3000+ startups

The Top Voices newsletter delivers monthly startup, tech, and VC news and insights.

E-MAIL SUBSCRIBE