# EXHIBIT F

X

Post

**8VC**
@8vc

Proud to lead @BuildWithFlux's $27M Series B, ~7 years since writing the 1st check.

@MatthiasWagner had a visionary (read: crazy) idea: let anyone with a browser design & build electronics.

1M users and 6.5M projects later, the creative hardware revolution is here.



0:03 / 0:42

8:55 AM · Feb 27, 2026 · **40.1K** Views

25 114 1.2K 36

**Read 25 replies**

## New to X?

Sign up now to get your own pers

Sign up with G

Sign up with A

**Create accour**

By signing up, you agree to the Te Privacy Policy, including Cookie U

## Relevant people

**8VC**
@8vc
8VC is a leading tech investment firm base Texas.

## What's happening

Trending in United States
**#loveislandusas8**
Trending with Corbin, Melanie

Video game genres · Trending
**Tifa**
Trending with Bosch, Final Fant

Trending in United States
**Baseless**

Sports · Trending
**Josh Hart**

Show more

Terms of Service | Privacy Policy | Accessibility | Ads info | More ···

**Don't miss what's happening**
People on X are the first to know.

Log in S