# EXHIBIT I

# Design PCBs with AI

What do you want to build today?



Make me a with powered by for .

Start Designing With AI

1,099,361
Builders

6,425,482
Projects

821,334
Components

Partnered with your favorite manufacturers

PCBWay NextPCB OSH Park JLCPCB seeed studio AISLER

# The first AI intern for PCBs

Introducing a new way to work: Give Flux a job and it plans, explains, and executes workflows inside a full browser-based eCAD you can edit anytime.



# AI help from idea to PCB

**Work with Flux like an engineering intern**—automating the grunt work, learning your standards, explaining its decisions, and checking in for feedback at key moments.




01 Plan

Describe what you want to build. Flux understands your requirements and maps out a detailed plan for your approval.




02 Schematic

Flux generates conducts research, generates BoMs and schematics while checking in at key points to get your feedback and direction.




03 Layout

AI places parts and routes your design with awareness of your constraints — delivering layouts you can edit and continue to optimize.




04 Manufacture

Outputs are ready for fab, with sourcing-aware parts suggestions to reduce cost and avoid supply risks.

# Ship real hardware

Flux scales from quick prototypes to production-ready PCBs. Explore thousands of forkable projects and templates or brainstorm with Flux.



**IoT Devices**

ESP32 boards, connected sensors, and gateways.



**Wearables**

Compact, multi-layer PCBs for consumer devices.



**Robotics**

Motion control, embedded systems, & power distribution.



**Audio Devices**

Drivers, power converters, and control boards.



### Drones

Flight controllers, telemetry, and navigation systems.




### Motor Controllers

Drivers, converters, and custom control boards.



### Smart Home

Relays, controllers, and wireless hubs.



### FPGAs

High-performance and reconfigurable boards.

# Why engineers choose Flux

Hardware is entering a new era, led by engineers who embrace AI. Flux is the platform built for them—with automation, collaboration, and intelligence that improves with every design.

### Live component data

Design with real inventory, pricing, and alternates—your BoM is always ready to source.

### Real-time collaboration

Work together at the speed of thought with version control and advanced permissions.

### Works anywhere

Browser-native design means no downloads, instant sharing, and access from any device.

### Transparent AI

Every action is explainable, reviewable, and reversible—you stay in control.

### Smart guardrails

Automated design rule checks, supply chain monitoring, and manufacturability validation.

### Human Support

Fast help from real engineers and an active builder community.

Our vision

# Taking the hard out of hardware

Unlike software, building hardware is still insanely difficult. If you're working with atoms, the costs are high, the risks are significant, and the timelines are long.

We founded Flux to make atoms as malleable as bits.We want to take the hard out of hardware, to make it as easy for a teenager to build an iPhone as a website. Read more about Flux manifesto.



# If you can type, you can build

Join thousands of engineers already designing with AI.

Get Started for Free

## Frequently Asked Questions

What kinds of boards can I design in Flux?

Can I import projects from Altium, Cadence, or KiCad?

Can I export for manufacturing?

Is my data secure?

How capable is the AI — and what are its limits?

How does Flux perform in the browser?

How much does Flux cost?

How do I get help if I’m stuck?

How is Flux different from traditional ECAD tools?

Flux

- Join our Slack
- Youtube
- Twitter
- Instagram
- Facebook

Product

- Featured Projects
- Documentation
- Organizations
- Pricing
- Feedback

Guides

- KiCAD vs Flux
- EasyEDA vs Flux
- The Flux Method
- Copilot Prompts
- Video Tutorials
- Instructables
- Overshoot Videos

Sitemap

- Overview
- Microcontrollers
- Reference Designs
- Common Parts
- Library
- Project Templates
- Manufacturers
- Active Components
- Passive Components
- Top Users
- Top Organizations

Company

- Blog
- Contact Us
- Contact Sales
- About Us
- We're Hiring!
- Status
- Terms of Service
- Privacy Policy