# EXHIBIT J

Flux Use cases Explore Resources Enterprise Pricing Contact Search millions of prc Log In Sign Up

# Design PCBs with AI

What do you want to build today?



Make me a temperature and humidity sensor node with Wifi and Bluetooth powered by USB-C (5V) for consumer use .

Start Designing With AI

1,099,361
Builders

6,425,482
Projects

821,334
Components

Partnered with your favorite manufacturers

PCBWay NextPCB OSH Park JLCPCB seeed studio AISLER

Design PCBs with AI. Free to start.

✓ Browser-based ✓ Real-time collaboration ✓ No install

START DESIGNING WITH AI ›

# The world's first AI hardware engineer

Introducing a new way to work: Give Flux a job and it plans, explains, and executes workflows inside a full browser-based eCAD you can edit anytime.



# AI help from idea to PCB

**Delegate the grunt work and stay the lead engineer**—Flux learns your standards, explains its decisions, and checks in for your call at the moments that matter.













### 01 Plan

Describe what you want to build. Flux understands your requirements and maps out a detailed plan for your approval.

### 02 Schematic

Flux generates conducts research, generates BoMs and schematics while checking in at key points to get your feedback and direction.

### 03 Layout

AI places parts and routes your design with awareness of your constraints — delivering layouts you can edit and continue to optimize.

### 04 Manufacture

Outputs are ready for fab, with sourcing-aware parts suggestions to reduce cost and avoid supply risks.

# Ship real hardware

Flux scales from quick prototypes to production-ready PCBs. Explore thousands of forkable projects and templates or brainstorm with Flux.



### IoT & Meshed Devices

Connected sensors, edge nodes, and smart infrastructure



### Embedded AI

On-device intelligence for real-time decision-making



### Adaptive Robotics

Self-learning, sensor-driven robotic systems



### Waveform Interfaces

Audio, vibration, and signal-processing modules



### RF & Telemetry

Flight controllers, telemetry, and navigation systems



### Power Delivery Systems

Energy routing, conversion, and regulation hardware



### Industrial Automation

Precision control, monitoring, and process optimization



### Hardware Accelerators

Specialized compute engines for AI and signal workloads

**More Featured Projects ›**

# Why engineers choose Flux

Hardware is entering a new era, led by engineers who embrace AI. Flux is the platform built for them—with automation, collaboration, and intelligence that

improves with every design.

### Live component data

Design with real inventory, pricing, and alternates—your BoM is always ready to source.

### Real-time collaboration

Work together at the speed of thought with version control and advanced permissions.

### Works anywhere

Browser-native design means no downloads, instant sharing, and access from any device.

### Transparent AI

Every action is explainable, reviewable, and reversible—you stay in control.

### Smart guardrails

Automated design rule checks, supply chain monitoring, and manufacturability validation.

### Human Support

Fast help from real engineers and an active builder community.

Our vision

# Taking the hard out of hardware



Unlike software, building hardware is still insanely difficult. If you're working with atoms, the costs are high, the risks are significant, and the timelines are long.

We founded Flux to make atoms as malleable as bits.We want to take the hard out of hardware, to make

it as easy for a teenager to build an iPhone as a website. Read more about Flux manifesto.

# If you can type, you can build

Join thousands of engineers already designing with AI.

Get Started for Free >

## Frequently Asked Questions

What kinds of boards can I design in Flux?

Can I import projects from Altium, Cadence, or KiCad?

Can I export for manufacturing?

Is my data secure?

How capable is the AI — and what are its limits?

How does Flux perform in the browser?

How much does Flux cost?

How do I get help if I'm stuck?

How is Flux different from traditional ECAD tools?

Flux

- Youtube
- Twitter
- Instagram
- Facebook

Product

- Featured Projects
- Documentation
- Organizations
- Pricing

Guides

- KiCAD vs Flux
- EasyEDA vs Flux
- The Flux Method
- Copilot Prompts
- Video Tutorials
- Instructables
- Overshoot Videos

Sitemap

- Overview
- Microcontrollers
- Reference Designs
- Common Parts
- Library
- Project Templates
- Manufacturers
- Active Components
- Passive Components
- Top Users
- Top Organizations

Company

- Blog
- Contact Us
- Contact Sales
- About Us
- Brand
- We're Hiring!
- Status
- Terms of Service
- Privacy Policy