# EXHIBIT K

Flux

Sign Up

Home > Company News > We raised $37M to take the hard out of hardware

# We raised $37M to take the hard out of hardware

Written by Lance Cassidy

PUBLISHED FEB 2026 - 3 MIN READ



Flux

Sign Up

Today we're excited to share that Flux has raised $37M in new funding led by 8VC, with participation from Bain Capital Ventures, Liquid 2 Ventures, and Outsiders Fund, alongside Lenny Rachitsky, John Lilly, and Tom Preston-Werner and many other world-class operators.

What this funding accelerates

We can't do this without you

Hi everyone,

Today we're excited to share that Flux has raised $37M in new funding led by 8VC, with participation from Bain Capital Ventures, Liquid 2 Ventures, and Outsiders Fund, alongside Lenny Rachitsky, John Lilly, and Tom Preston-Werner and many other world-class operators.

We raised this capital for one reason: **to accelerate our mission to take the hard out of hardware** and keep pushing until building hardware feels as easy and iterative as building software.

We started Flux with a simple belief: hardware design should move faster, feel more collaborative, and fit the way modern teams actually work. We were also excited about what AI could unlock for hardware as early as 2019, back when that was not the obvious bet. Looking back, we were very early, frankly too early, and only a few of the use cases we envisioned were really possible at the time, at least not reliably and not at the scale serious teams need.

Flux Sign Up




Where Flux began in 2019.A weekend, a whiteboard, and a simple question: what would hardware look like if it moved at the speed of software?

Looking back, we're glad we started early. It gave us time to lay the foundation and build Flux to be AI-first before it was the obvious move. When LLMs hit their stride, we were ready to plug them in quickly and learn by shipping. We listened closely, fixed sharp edges, hardened the platform, and iterated until Flux started to feel like the tool we always wanted to use.

If you stuck with us and kept sending feedback, thank you. That feedback is a big part of why the product is meaningfully better today. To date, **1,099,361 builders** have used Flux to create **6,425,482 projects**, and this raise gives us the resources to move faster and to help more builders move through the hardware workflow with less friction.

This funding lets us move faster on the parts of Flux that matter most for serious work. Here are the three areas we're investing in with this additional funding, and what it means for you.

## 1) A more capable AI Hardware Engineer

You can already direct Flux with prompts and have it execute multi-step workflows. With this funding we are making it faster, more capable, and more reliable, and we are also making it easier to use so you can get more done with fewer steps.

Trust is everything, so we are making the agent more predictable and clearer about when it is uncertain. You should know when to trust it, when to verify, and when to step in. You steer, Flux executes, and you stay in control.

## 2) A more robust eCAD platform for complex boards

We are investing in the core platform so you can design **complex boards** with confidence. That means better performance at scale, fewer frustrations, and output you can trust when it is time to build.

The AI uses the same editor you do, so every platform upgrade also upgrades what the agent can do.

## 3) Deeper ecosystem integrations

Hardware is a team effort, and the tooling needs to fit into existing workflows. We are already connected with many popular distributors, and we are doubling down on building a robust parts library grounded in real availability and real workflows.

As integrations mature, we'll keep expanding what Flux can connect to, including manufacturers, simulators, and the tools your team relies on. We'll follow demand.

Flux

Sign Up

None of this exists without you.

If you've given us feedback, pointed out sharp edges, shared projects, or stuck with Flux while we earned the right to be part of your workflow, thank you. If you want something improved, whether that is agent behavior, eCAD capabilities, or ecosystem connections, tell us. We read it all and it directly shapes what we prioritize.

We are going to keep shipping.

Thank you for being here.

Lance, Matthias and the Flux team

## LET'S START BUILDING

Build your big idea together with Flux. All you need to do is describe what you want to make, or what problem you want to solve. Flux will work with you to make it a reality.

Sign Up




Try it Free

## Related Content

Flux

Sign Up




Custom Hardware Enclosures by Flux: From PCB to Product in Hand

5 Min Read



Seamless collaboration between you, Flux, and other AI agents

2 Min Read



Design with F

3 Min R

See All (6)

## Let’s start building.

Let’s build your idea together. All you need to do is describe what you want to make, or what problem you want to solve. Flux will work with you to make it a reality.

Try It Free

Sign Up




Product

Featured Projects

Documentation

Organizations

Pricing

Guides

KiCAD vs Flux

EasyEDA vs Flux

The Flux Method

Copilot Prompts

Video Tutorials

Learn

PCB Design & Engineering Fundamentals

Sitemap

Overview

Flux

Sign Up

Step-by-Step Projects & Templates

Tool Comparisons & Migrations

Hardware 101 Development

Business & Strategy Library

Company News →

Common Parts Library

Project Templates

Manufacturers

Active Components

Passive Components

Top Users

Top Organizations

Tools & Calculators

Voltage Divider Calculator

Resistor Color Code Calculator

PCB Trace Width Calculator

Online Gerber Viewer

Via Current Capacity Calculator

PCB Impedance Calculator

Check out all available tools

©2026 Privacy Terms of services