# EXHIBIT L

## EMAIL 1 OF 12

**Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** pt@adafruit.com
**To:** francisco@8vc.com, matthias@flux.ai
**Cc:** limor@ladyada.net
**Date:** Sun, 01 Mar 2026 14:01:57 UTC
**Subject:** Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19ca9b4b52747c80@mail.gmail.com>

Hi Matthias (and team at 8VC),

Writing a piece for Adafruit about Flux AI's recent $37M raise and the traction numbers cited in the announcement. We cover the EDA and maker space extensively and our readers care deeply about tools that actually ship hardware. I have a few questions I'd love to get on the record.

*questions are here:
https://docs.google.com/document/d/1ofgyyj0R9KQJtoMXB_AjOxRoKzJ2mo31gRuQT-zREvU/edit?usp=sharing

and below! you can send back answers here or in the doc (limor is on it too).

1. The press release states Flux has crossed "1 million sign-ups" and "nearly 6.5 million devices." Your blog post gives precise numbers: 1,099,361 builders and 6,425,482 projects. 8VC's post uses "1M users and 6.5M projects." Can you clarify the distinction between sign-ups, builders, and users? How many of those accounts have been active in the last 90 days?

2. What is the definition of a "project" in this count? Are forks, clones, templates, empty projects, and deleted projects included in the 6.5 million figure?

3. The press release also describes these as "6.5 million devices." How many of those projects have resulted in Gerber files being exported for manufacturing? How many have actually been fabricated into physical boards?

4. Can you point us to 3-5 specific, publicly viewable projects on Flux that were designed entirely in the platform and manufactured into working hardware? We'd love to feature real examples for our readers.

5. 8VC describes a "~7 years since writing the 1st check" timeline, but Flux's earliest public seed round documentation is from 2019. The podcast interview references "six years ago." Can you clarify the actual founding date and when 8VC's first investment occurred?

6. What is Flux's total funding to date across all rounds? The GlobeNewswire release says $37M in new investment ($27M Series B + $10M previously unannounced Series A). The 2021 seed was reported as $12M. Does that put total raised at approximately $49M?

7. BCV's announcement calls Flux "the world's first AI hardware engineer." Given that Cadence, Siemens, and others have shipped AI-assisted PCB design features, what specifically makes Flux "first" in this category?

8. In your Utilizing AI podcast appearance, you mentioned that Flux can handle "pretty much anything... all the way to electronics that go into a satellite and go to space." Can you name a specific mission or satellite program using boards designed in Flux?

9. In the same interview, you described a vending machine customer whose board cost "pennies on the dollar" with total cost of ownership at "one hundredth." Can you share that customer's name, or provide a case study with actual BOM and NRE cost comparisons we can verify?

10. Several users on Reddit and your own feedback portal have reported being charged for AI credits during what they understood to be a free trial, with cancellation requiring a support ticket rather than self-service. Has Flux changed its billing practices in response, and what is the current cancellation process?

We're genuinely excited about browser-based EDA tools reaching more people. We just want to make sure the numbers reflect real humans making real things.

cheers,
pt

**EMAIL 2 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** matthias@flux.ai
**To:** pt@adafruit.com, chrisu@firebrand.marketing
**Cc:** limor@ladyada.net, francisco@8vc.com
**Date:** Sun, 01 Mar 2026 23:10:20 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cabaaf097766fb@mail.gmail.com>

Hi Phillip,

Thanks for reaching out and for taking the time to put together a set of questions.

Looping in Chris on our side to help coordinate PR and consolidate responses.

We’ll follow up with a structured reply addressing your questions.

Best,
Matthias

**EMAIL 3 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** chrisu@firebrand.marketing
**To:** matthias@flux.ai, pt@adafruit.com
**Cc:** limor@ladyada.net, francisco@8vc.com
**Date:** Mon, 02 Mar 2026 03:16:57 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cac8c947c231ed@mail.gmail.com>

Hey Philip, should have answers for you tomorrow.

**EMAIL 4 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** chrisu@firebrand.marketing
**To:** pt@adafruit.com
**Date:** Tue, 03 Mar 2026 01:47:11 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cb160c6543420f@mail.gmail.com>

Hi Phillip, sorry for the delay — just waiting on input from a team member on a couple qs.

[cid:54948417-2e6b-46d6-907a-afc7a140b482]

Firebrand Communications

T - 415 848 9175

C - 415 793 9067

**EMAIL 5 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** chrisu@firebrand.marketing
**To:** pt@adafruit.com
**Date:** Wed, 04 Mar 2026 01:13:15 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cb668083b128c9@mail.gmail.com>

Hi Phillip thanks for your patience. Answers below, attributable to "a Flux spokesperson."

-Chris

1. The press release states Flux has crossed "1 million sign-ups" and "nearly 6.5 million devices." Your blog post gives precise numbers: 1,099,361 builders and 6,425,482 projects. 8VC's post uses "1M users and 6.5M projects." Can you clarify the distinction between sign-ups, builders, and users? How many of those accounts have been active in the last 90 days?
"Sign-ups," "builders," and "users" all refer to registered Flux accounts. The top-line number reflects cumulative accounts created since launch.

We don't publicly disclose detailed retention or active user counts, but both are on par with top-performing software companies at a similar stage, and we're growing exponentially.

2. What is the definition of a "project" in this count? Are forks, clones, templates, empty projects, and deleted projects included in the 6.5 million figure?
The same way everything on Github is a repo, everything in Flux is a project. Like Github, we don't distinguish between templates, forks, clones, and ground-up original designs.

3. The press release also describes these as "6.5 million devices." How many of those projects have resulted in Gerber files being exported for manufacturing? How many have actually been fabricated into physical boards?
We haven't shared specifics, but like our userbase the proportion of projects resulting in Gerbers is growing fast.

That said, we don't define the value of a project solely by whether it results in exported Gerbers. Engineers use Flux to explore architectures, prototype ideas, and collaborate on designs. Many projects are intentionally iterative or experimental. If someone wants to use Flux to work through their ideas, that's great. When they're ready to move to production, we can help them with that too.

4. Can you point us to 3-5 specific, publicly viewable projects on Flux that were designed entirely in the platform and manufactured into working hardware? We'd love to feature real examples for our readers.
Projects on Flux are private by default, and we don't track whether projects have been manufactured or not. You can see some of our favorite public designs in the Featured Projects<https://www.flux.ai/p/projects> section of the website.

5. 8VC describes a "~7 years since writing the 1st check" timeline, but Flux's earliest public seed round documentation is from 2019. The podcast interview references "six years ago." Can you clarify the actual founding date and when 8VC's first investment occurred?
We incorporated in October 2019. 8VC invested in our pre-seed round about the same time, roughly six and a half years ago.

6. What is Flux's total funding to date across all rounds? The GlobeNewswire release says $37M in new investment ($27M Series B + $10M previously unannounced Series A). The 2021 seed was reported as $12M. Does that put total raised at approximately $49M?
Total funding to date is $47 million across pre-seed, seed, Series A, and Series B.

7. BCV's announcement calls Flux "the world's first AI hardware engineer." Given that Cadence, Siemens, and others have shipped AI-assisted PCB design features, what specifically makes Flux "first" in this category?
EDA tools have used heuristics and optimization for decades. Some vendors call those methods AI. That didn’t feel right to us. That’s why we didn’t initially call Flux an AI EDA platform. We think of AI as a reasoning system. It took the emergence of LLMs to make Flux’s current AI-powered workflow possible.

Flux is the only platform that can translate users’ goals into schematics and architecture, assemble a BOM, trace a layout, run simulations, perform ERC and DRC checks, review datasheets, research components on the web, and reason about pricing, stock availability, and lead times.

We think that qualifies it as the first AI hardware engineer.

8. In your Utilizing AI podcast appearance, you mentioned that Flux can handle "pretty much anything... all the way to electronics that go into a satellite and go to space." Can you name a specific mission or satellite program using boards designed in Flux?
A space startup used Flux to design and produce a board for a satellite mission that successfully went to space. Due to customer confidentiality we can't identify the specific company involved.

9. In the same interview, you described a vending machine customer whose board cost "pennies on the dollar" with total cost of ownership at "one hundredth." Can you share that customer's name, or provide a case study with actual BOM and NRE cost comparisons we can verify?
With our customers’ permission we hope to share case studies like this one in the near future. We’ll keep you posted.

10. Several users on Reddit and your own feedback portal have reported being charged for AI credits during what they understood to be a free trial, with cancellation requiring a support ticket rather than self-service. Has Flux changed its billing practices in response, and what is the current cancellation process?
We pay close attention to customer feedback and are constantly evolving our packaging and pricing. We have recently updated our plans to better reflect typical workloads. You can find the latest details at https://www.flux.ai/pricing. Trials include free use of the platform along with a certain amount of AI usage per month. Customers can track their usage, set spending caps, and cancel trials and subscriptions any time using the Flux UI.

**EMAIL 6 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** pt@adafruit.com
**To:** chrisu@firebrand.marketing
**Cc:** francisco@8vc.com, matthias@flux.ai, limor@ladyada.net
**Date:** Wed, 04 Mar 2026 13:43:37 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cb9170149b8c1f@mail.gmail.com>

Thanks Chris, appreciate the detailed responses.

One follow-up. You mentioned that "projects on Flux are private by default." But Flux's pricing page shows that the free Starter tier offers unlimited public projects while capping private ones. Since the majority of your 1M sign-ups are presumably on the free tier, the platform's own incentive structure pushes users toward public projects.

With 6.5 million projects in the database and a pricing model that encourages public visibility, roughly how many of those projects are publicly viewable? Is there a way to browse or search them?

You compared Flux's project model to GitHub repos. On GitHub, the default is public, and anyone can verify repo counts, activity, and commit history. That transparency is what makes GitHub's metrics credible. If Flux's model is analogous, we'd expect a similar level of public visibility. Why that isn't the case here?

**EMAIL 7 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** chrisu@firebrand.marketing
**To:** pt@adafruit.com
**Date:** Wed, 04 Mar 2026 19:30:04 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cba54435be45c2@mail.gmail.com>

HI Phillip, answers below. Please attribute to "a Flux spokesperson."

--

We originally made projects public by default, but found customers preferred a private default setting. Public projects can be searched and browsed using the Flux UI. We offer unlimited public projects to encourage sharing that benefits the entire community. The majority of part projects are public, but we find customers usually keep their regular projects private.

While our project repository has certain qualities in common with Github, our goals are different. We're focused on delivering the world's most powerful AI-powered hardware design platform -- and we think that's what our customers care about too.

As a side note, our Starter tier, like all our tiers, requires a monthly subscription. We do offer students with an .edu address free access to the platform along with a generous allotment of AI credits.

[cid:8c1700fe-1e1f-42f0-a1c6-f0c1ee2212fc]

Firebrand Communications

T - 415 848 9175

C - 415 793 9067

**EMAIL 8 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** pt@adafruit.com
**To:** chrisu@firebrand.marketing
**Cc:** francisco@8vc.com, matthias@flux.ai, limor@ladyada.net
**Date:** Wed, 04 Mar 2026 20:13:42 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cba7c253d5585d@mail.gmail.com>

Hey folks,

Just a heads up on where this is going.

The article I want to write is about how Flux is helping people get into electronics, AI tools are coming, this is one of them with funding. That's super exciting to Limor, myself, and to our readers, who happen to be people who do electronics. Browser-based EDA tools reaching new audiences is a good story.

But the biggest issue I keep running into is that a lot of companies right now are inflating user counts and stats to impress VCs, and from the outside, that's what appears could be happening here.

The world sees 1 million users and 6.5 million projects. 8VC repeated those numbers, so it must be true, right?

But when I asked for specifics, the definitions shifted. Users became sign-ups. Projects include forks, clones, templates, empties. There's a new category called "part projects" that wasn't mentioned before. The GitHub comparison doesn't work because GitHub is public by default and Flux is private by default. And every specific claim... the satellite, the vending machine, the cost savings... comes back as "we can't say" or "we'll share later."

I would like to write something positive here. But if I publish an article repeating "1 million users and 6.5 million projects" without being able to verify any of it, my community of people who actually design and manufacture electronics will tear it apart and eat me alive. And they should. These are people who know what a real project looks like and what it takes to get a board fabbed.

I'm giving this one more try :)

- How many accounts have been active in the last 90 days? A rough range is fine.
- How many projects have resulted in Gerber exports, even as a percentage?
- What's the breakdown between "part projects" and actual PCB design projects?
- A single verifiable customer reference... the vending machine company, the space startup, anyone willing to go on record. If it's a satellite that went to space, there's a launch manifest somewhere. If it's a vending machine company that cut costs by 99%, someone there can confirm it. These are the kinds of things I can point to when readers ask "did you actually check?"

I could say I checked with each and that while they can't reveal who they are, I verified the vending machine and the satellite. That's normal when things happen but you can't say specifically who they are.

I'm not trying to write a hit piece. I'm trying to write an article that holds up to the amount of scrutiny it will get. The community will go through every word I post and check everything.

Right now I don't have enough to do that without noting that the numbers couldn't be independently verified and the company declined to provide specifics. If there's something better to report, send it over.

I also keep adding the Flux founder and the 8VC partner back on to these emails. I think it's good to have someone work on these responses in addition to the founders... I totally get it. Limor and I run Adafruit, and I'm sure y'all know we are knee-deep in the work always. It's hard to talk about the business and be the business at the same time (to paraphrase Blade Runner's Rachael). However, they said what they said, so

they can say where they got the numbers from.

cheers,
pt

**EMAIL 9 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** chrisu@firebrand.marketing
**To:** pt@adafruit.com
**Cc:** francisco@8vc.com, matthias@flux.ai, limor@ladyada.net
**Date:** Thu, 05 Mar 2026 05:49:24 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cbc8b4276fd480@mail.gmail.com>

Hey Phillip, board meeting tomorrow so we'll need a couple days to get to this.

Get Outlook for iOS<https://aka.ms/o0ukef>

**EMAIL 10 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** chrisu@firebrand.marketing
**To:** pt@adafruit.com
**Cc:** francisco@8vc.com, matthias@flux.ai, limor@ladyada.net
**Date:** Sat, 07 Mar 2026 01:14:20 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19cc5dc208c2c157@mail.gmail.com>

Hey Phillip: Answers below from "a Flux spokesperson." I'll be OOO the next few days, so please direct any follow-up to flux@firebrand.marketing.

--

Hi Phillip,

We understand you're looking for more detail about customer metrics, but we've answered those questions as best we can given the information Flux is sharing right now. We're sorry if that keeps you from writing the story you had hoped to publish.

Regarding references: until recently we've been near-100% focused on product development, and we're just starting to develop customer case studies. Since Flux projects are private by default, we have to reach out individually to customers we've worked with 1:1 to see if they'd be interested in publicizing their work. That takes time, and candidly it hasn't been a top priority for our small team.

We plan to invest more in this area over the coming months. We hope that will make it easier for reporters, bloggers and other outside parties to see the kind of projects people are building with Flux. We have a few customer Q&As in the works right now, and one may publish as early as next week. We'll be sure to flag them as they come out.

Thanks again for getting in touch.

**EMAIL 11 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** chrisu@firebrand.marketing
**To:** pt@adafruit.com
**Cc:** francisco@8vc.com, matthias@flux.ai, limor@ladyada.net
**Date:** Thu, 26 Mar 2026 21:57:26 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19d2c271082c88bd@mail.gmail.com>

Hi Phillip, here's that customer post:
https://www.flux.ai/p/blog/why-dr-juergen-kienhoefer-switched-to-flux-after-15-years-of-eagle

**EMAIL 12 OF 12**

**Re: Questions for upcoming Adafruit article on Flux AI's growth metrics**

**From:** pt@adafruit.com
**To:** chrisu@firebrand.marketing
**Cc:** francisco@8vc.com, matthias@flux.ai, limor@ladyada.net
**Date:** Fri, 27 Mar 2026 17:55:45 UTC
**Subject:** Re: Questions for upcoming Adafruit article on Flux AI's growth metrics
**Message-ID:** <19d30701a0a90e46@mail.gmail.com>

did a search on the site "Teal"
https://www.flux.ai/search?q=Teal&type=projects&page=1

and the site reports that : "Teal" in Projects (4564 results)

when i scroll thru, looks like all these auto-generated projects were created ~4 years ago and many have user names RF-userxxxxxx - altho even the users with more 'realistic' usernames have similar empty projects like this fellow:
https://www.flux.ai/salvador006/selected-aquamarine-matter-compiler

ditto when searching for other common 'autogenerated' names like
https://www.flux.ai/search?q=%20Amethyst&type=projects (4404 results) - empty projects

do you know what's up with that? can you tell me how many projects are 'real' e.g. have at least 3 components in a netlist?