# EXHIBIT M

https://www.flux.ai/c

Flux | Use cases | Explore | Resources | Enterprise | Pricing | Contact | Search millions of projects | Log In | Sign Up

# Design PCBs with AI

What do you want to build today?

Make me a temperature and humidity sensor node with Wifi and Bluetooth powered by USB-C (5V) for consumer use .

**Start Designing With AI**

1.099.361 6.425.482 821.334


https://www.flux.ai/p
Work
Flux
Sign Up
Design PCBs with AI
What do you want to build today?
Make me a temperature and humidity sensor node with Wifi and Bluetooth powered by USB-C (5V) for consumer use .
Start Designing With AI
1,099,361
6,425,482
821,334
Elements
Console
Sources
Network
Performance
Memory
<!DOCTYPE html>
<html lang="en" data-wf-page data-wf-site="5f1af4c2e67caae8e13187f1" class="wf-montserrat-n8-active wf-montserrat-n1-active wf-montserrat-n4-active wf-montserrat-n7-active wf-montserrat-n9-active wf-montserrat-n5-active wf-montserrat-n3-active wf-montserrat-n2-active wf-montserrat-n6-active wf-montserrat-i5-active wf-montserrat-i7-active wf-montserrat-i9-active wf-montserrat-i8-active wf-montserrat-i1-active wf-montserrat-i2-active wf-montserrat-i6-active wf-montserrat-i3-active wf-montserrat-i4-active wf-ubuntu-n3-active wf-ubuntu-i3-active wf-ubuntu-i4-active wf-ubuntu-n4-active wf-ubuntu-n5-active wf-materialicons-n3-active wf-materialicons-n4-active wf-materialicons-n5-active wf-materialicons-n6-active wf-materialicons-n7-active wf-ubuntu-n7-active wf-roboto-n6-active wf-roboto-n4-active wf-roboto-n7-active wf-roboto-n3-active wf-roboto-n5-active wf-ubuntu-i5-active wf-ubuntu-i7-active wf-active" data-auth-state="anon">
<head> … </head>
<body class="body"> == $0
<div class="site-nav w-nav" data-animation="default" data-auth-root="nav" data-collapse="medium" data-duration="0" data-easing="ease" data-easing2="ease" role="banner"> … </div>
<div id="nav-logo-context-menu" class="nav-logo-ctx-menu" role="menu" aria-hidden="true" aria-label="Flux logo actions" tabindex="-1"> … </div>
<style> … </style>
<script> … </script>
<div class="section new-mast-head universe"> … </div>
<section class="section manufacturers-logo"> … </section>
<div class="sticky-cta-outer"> … </div>
wf-ubuntu-i5-active.wf-ubuntu-i7-active.wf-active
body.body
Styles
Computed
Layout
Properties
Filter
Show all
aLink: ""
accessKey: ""
attributeStyleMap: StylePropertyMap {size: 0
attributes: NamedNodeMap {0: class, class: c
autocapitalize: ""
autofocus: false
background: ""
baseURI: "https://www.flux.ai/p"
bgColor: ""
childElementCount: 45
childNodes: NodeList(122) [text, div.site-na
children: HTMLCollection(45) [div.site-nav.w
classList: DOMTokenList ['body', value: 'bod
className: "body"
clientHeight: 12884
clientLeft: 0
clientTop: 0
clientWidth: 135
contentEditable: "inherit"
currentCSSZoom: 1
customElementRegistry: CustomElementRegistry
dataset: DOMStringMap {}
dir: ""
draggable: false
elementTiming: ""
enterKeyHint: ""
firstChild: text
firstElementChild: div.site-nav.w-nav
hidden: false
id: ""
inert: false
innerHTML: " <div class=\"site-nav w-nav\" d
innerText: "Sign Up\nDownload logos (ZIP)\nV
Console
top
Filter
Default levels
1 Issue: 1
Failed to load resource: net::ERR_BLOCKED_BY_CLIENT px.ads.linkedin.com/…x.ai%2Fp&tm=gtmv2:1
Failed to load resource: net::ERR_BLOCKED_BY_CLIENT px.ads.linkedin.com/…2Fwww.flux.ai%2Fp:1
Failed to load resource: net::ERR_BLOCKED_BY_CLIENT px.ads.linkedin.com/…dium=beacon&fmt=g:1
Failed to load resource: net::ERR_BLOCKED_BY_CLIENT px.ads.linkedin.com/…x.ai%2Fp&tm=gtmv2:1
Uncaught SyntaxError: Unexpected identifier 'content' go.pardot.com/analyt….ai%2Fp&referrer=:1


Elements
Console
Sources
Network
Performance
Memory
14
1
Styles
Compu
Application
Security
Lighthouse
Recorder
Properties
Filter
(.*)
Show all
<!DOCTYPE html>
<html lang="en" data-wf-page data-wf-site="5f1af4c2e67caae8e13187f1" class="wf-montserrat-n8-active wf-montserrat-n1-active wf-montserrat-n4-active wf-montserrat-n7-active wf-montserrat-n9-active wf-montserrat-n5-active wf-montserrat-n3-active wf-montserrat-n2-active wf-montserrat-n6-active wf-montserrat-i5-active wf-montserrat-i7-active wf-montserrat-i9-active wf-montserrat-i8-active wf-montserrat-i1-active wf-montserrat-i2-active wf-montserrat-i6-active wf-montserrat-i3-active wf-montserrat-i4-active wf-ubuntu-n3-active wf-ubuntu-i3-active wf-ubuntu-i4-active wf-ubuntu-n4-active wf-ubuntu-n5-active wf-materialicons-n3-active wf-materialicons-n4-active wf-materialicons-n5-active wf-materialicons-n6-active wf-materialicons-n7-active wf-ubuntu-n7-active wf-roboto-n6-active wf-roboto-n4-active wf-roboto-n7-active wf-roboto-n3-active wf-roboto-n5-active wf-ubuntu-i5-active wf-ubuntu-i7-active wf-active" data-auth-state="anon"> view-source scroll
<head> … </head>
… <body class="body"> == $0
<div class="site-nav w-nav" data-animation="default" data-auth-root="nav" data-collapse="medium" data-duration="0" data-easing="ease" data-easing2="ease" role="banner"> … </div> flex
<div id="nav-logo-context-menu" class="nav-logo-ctx-menu" role="menu" aria-hidden="true" aria-label="Flux logo actions" tabindex="-1"> … </div>
<style> … </style>
<script> … </script>
aLink: ""
accessKey: "
attributeSty
pertyMap {size: 0
attributes:
): class, class: c
autocapitaliz
autofocus: false
background: ""
baseURI: "https://www.flux.ai/p"
bgColor: ""
childElementCount: 45
childNodes: NodeList(122) [text, div.site-na
children: HTMLCollection(45) [div.site-nav.w
classList: DOMTokenList ['body', value: 'bod
className: "body"
clientHeight: 12884
clientLeft: 0
clientTop: 0
clientWidth: 135
contentEditable: "inherit"
currentCSSZoom: 1
customElementRegistry: CustomElementRegistry
dataset: DOMStringMap {}
dir: ""
draggable: false
elementTiming: ""
enterKeyHint: ""
firstChild: text

Elements Console Sources Network Performance Application » 14 1

Application

- Manifest
- Service workers
- Storage

Storage

- Local storage
- Session storage
- Extension storage
- IndexedDB
- Cookies
- Private state tokens
- Interest groups
- Shared storage
- Cache storage
- Storage buckets

Background services

- Back/forward cache
- Background fetch
- Background sync
- Bounce tracking mitigations
- Notifications
- Payment handler
- Periodic background sync
- Speculative loads
- Push messaging
- Reporting API

**No manifest detected**

A manifest defines how your app appears on phone's home screens and what the app looks like on launch. Learn more


Elements
Console
Sources
Network
Performance
Application
14
1
Filter by key (show keys greater
Application
Manifest
Service workers
Storage
Storage
Local storage
Session storage
Extension storage
IndexedDB
5f1af4c2e67caae8e13187f1
firebase-heartbeat-database
firebaseLocalStorageDb
firebaseLocalStorage
sentry/offlineEventStore
Cookies
Private state tokens
Interest groups
Shared storage
Cache storage
Storage buckets
Background services
Back/forward cache
Background fetch
Background sync
Bounce tracking mitigations
Notifications
#
Key (Key path: "fbase_key")
Value
0
"firebase:authUser:AIzaSy...
{fbase_key: 'firebase:aut
Total entries: 1


Elements
14
1
Application
Manifest
Service workers
Storage
Storage
Local storage
Session storage
Extension storage
IndexedDB
5f1af4c2e67caae8e13187f1
firebase-heartbeat-database
firebaseLocalStorageDb
firebaseLocalStorage
sentry/offlineEventStore
Cookies
Private state tokens
Interest groups
Shared storage
Cache storage
Storage buckets
Background services
Back/forward cache
Background fetch
Background sync
Bounce tracking mitigations
Filter by key (show keys greater
#
Key (Key ...
Value
0
"fireba...
{fbase_key: 'firebase:authUser:AIzaSyAX
fbase_key: "firebase:authUser:AIzaSyA
value:
apiKey: "AIzaSyAXNgauDwq62Ev-SVuub9
appName: "graviton-mvp"
createdAt: "1774631131110"
displayName: undefined
email: undefined
emailVerified: false
isAnonymous: true
lastLoginAt: "1774631131110"
phoneNumber: undefined
photoURL: undefined
providerData: []
stsTokenManager:
accessToken: "eyJhbGciOiJSUzI1NiIs
expirationTime: 1780532867759
refreshToken: "AMf-vBzgK_-Eevy14l1
tenantId: undefined
uid: "KexRJYsVOKSFKwSbRX5lOs67BpD3"
_redirectEventId: undefined
Click a couple times and it will 'open up' or you can select _copypas