# EXHIBIT N

FENWICK

1155 F Street NW
12th Floor
Washington, DC 20004

202.970.3000
Fenwick.com

Jonathan F. Lenzner
Partner
JLenzner@fenwick.com | 202.970.3023

May 22, 2026

VIA EMAIL
PHILLIP TORRONE <PT@ADAFRUIT.COM>
LIMOR FRIED <LIMOR@LADYADA.NET>
ADAFRUIT SECURITY <SECURITY@ADAFRUIT.COM>,
ADAFRUIT LEGAL <LEGAL@ADAFRUIT.COM>

Phillip Torrone, Limor Fried,
and Adafruit Industries, LLC

**Re: Demand Regarding Unlawful Access to Flux Computers and False and Defamatory Allegations**

Dear Mr. Torrone, Ms. Fried, and Adafruit Industries, LLC:

We represent Defy Gravity, Inc. d/b/a Flux.AI ("Flux") (hereinafter "Flux"). We have reviewed Phillip Torrone's communications to Flux on March 1 through March 27, 2026, and on May 22, 2026, as well as other information in Flux's possession. As explained below, we have reason to believe that Mr. Torrone's admitted actions violate U.S. criminal law, and his statements are harassing, patently false, and potentially defamatory. Furthermore, we have reason to believe Adafruit Industries, LLC and Limor Fried aided and abetted these unlawful actions and are jointly liable for the resulting tortious conduct. We therefore demand that each of you cease these actions and provide the information and assurances that we require. If you fail to immediately comply with our demands, we will seek to enforce our rights against each of you.

**Violation of the Federal Computer Fraud and Abuse Act.**

In case you are unaware, the federal Computer Fraud and Abuse Act ("CFAA") criminalizes the intentional access without authorization of the computer of another. *See* 18 U.S.C. § 1030. The law does not recognize "white hat" or "black hat" actors; rather, it simply is unlawful to knowingly access any computer without authorization. Discovery of a vulnerability does not confer authorization to take advantage of that vulnerability in order to access someone else's computer. (Similarly, discovering a house on your block with its front door unlocked does not entitle you to enter the house.) Note that the CFAA provides for a civil action "against the violator [of this law] to obtain compensatory damages and injunctive relief or other equitable relief." 18 U.S.C. § 1030(g).

Applying the law to the facts that Mr. Torrone has shared with us demonstrates that he has violated federal law. Specifically, Mr. Torrone has

admitted, in writing, to having used "a Firestore access control issue" to access at least three nonpublic Flux documents maintained on Flux's database. His assurances that he did not take any Flux data apart from these documents and did not retain, redistribute, or share any user data, and his promise to keep private for 90 days the details of his unlawful activity, do not undo his unlawful acts. We further believe that Adafruit Industries, LLC and Limor Fried knowingly facilitated, directed, or otherwise aided and abetted Mr. Torrone's unauthorized access to Flux's computer systems, rendering them jointly and severally liable for these violations.

**Your False and Defamatory Statements.**

In addition, in an email that Mr. Torrone sent Flux today, Mr. Torrone asserts a number of false and potentially defamatory claims about Flux, including but not limited to false and misleading statements about its intellectual property, commercial traction and user base. Mr. Torrone has also asserted inflammatory statements about Flux's CEO that are false and without any factual basis. In light of Mr. Torrone's prior communications in which Mr. Torrone stated that Mr. Torrone is writing "a piece for Adafruit" about Flux, we hereby place Mr. Torrone and Adafruit on notice that these statements are demonstrably false, and any further publication of these false statements would likely cause significant and irreversible damage to Flux.

Based on these unlawful, harassing, patently false, and potentially defamatory actions, we demand that each of you comply with the following:

1. Provide an inventory of all data and other information of any kind that any of you obtained from Flux's computer network ("Flux Information");

2. Segregate and preserve all Flux Information in any of your possession or control, and preserve all communications, documents, and information of any kind relating to the unauthorized access to Flux's computer systems and these matters;

3. Confirm in writing that none of you shared Flux Information with any other persons or entities;

4. Refrain from sharing publicly information about the unlawful conduct with regard to Flux Information;

5. Confirm that you have not, and will not, publish and share further the false statements contained herein.

We look forward to your response to our demands and expect them no later than tomorrow, May 23, 2026.

Please confirm receipt of this letter and share it with legal counsel.

Flux reserves all rights.

Sincerely,

Jonathan F. Lenzner

cc: Adafruit Legal
Adafruit Security