# EXHIBIT P

**From:** **Martin Schwimmer** Martin.Schwimmer@iamstobbs.com
**Subject:** Adafruit / Defy Gravity dba Flux
**Date:** May 26, 2026 at 3:07 PM
**To:** Jon Lenzner jlenzner@fenwick.com

MS

Mr. Lenzner:

I am seeking clarification on some issues in your letter of May 22. You indicate that you have reviewed the correspondence between Adafruit and Flux and Flux' representative, Firebrand, between March 1 and March 27, and on May 22 (the "Emails"), as well as "other information" in Flux's possession.

In numbered request five on page two of your letter, you request that Adafruit not "share ***further***" what you contend are false statements (emphasis added). First, the Emails represent the entirety of Adafruit's discussion of this matter with anyone, including your client. Representatives of your client pitched Adafruit to write a blog post on Flux on in 2023 as well but Adafruit did not respond to those directly. Accordingly, there has been no "sharing" of any information in the Emails by Adafruit to any third party (excepting its communications with my office). Second, using defamation terminology, there has been no publication of any kind by Adafruit of any information pertaining to the Emails, to third parties. The Emails don't reflect sharing or publication.

If you or your client are aware of sharing and/or publication of information or statements by Adafruit, please advise.

Second, with regard to your contentions relating to the security disclosure attached to Mr. Torrone's email to your client of May 22, it is my understanding that the Department of Justice announced a policy in 2022 (updated in 2025) that it will not charge cases under the CFAA involving good-faith security research. See https://www.justice.gov/archives/opa/pr/department-justice-announces-new-policy-charging-cases-under-computer-fraud-and-abuse-act .

Furthermore, your client's FAQs on its website at Data security and IP protection - Flux - Documentation allows the reporting of security issues (excerpt attached for your reference). As is documented in its disclosure to Flux, Adafruit complied with the standard protocol for disclosing security issues, in all key respects. Adafruit investigated the security and user experience of the website as both a reviewer and a registered customer of Flux' product. Such customer investigations are envisioned by the Flux FAQ. Adafruit reported its findings solely to Flux and provided the information necessary to allow Flux to reproduce Adafruit's findings. Adafruit did not obtain, and therefore could not retain, data from the three documents in the test (which documents were identified in the disclosure). Finally, Adafruit very explicitly noted that there was no request made to Flux tied to the disclosure.

If you have reason to believe that Mr. Torrone's disclosure is not in conformity with that envisioned by the DoJ (or by Flux when it drafted its FAQ), please provide documentation supporting your view.

This email does not speak to any of the legal and factual contentions contained in your May 22 letter except those specifically discussed herein.

After my initial review of this matter, I would like to believe that the parties can come to some sort of reasonable understanding – however the parties have to work from the (approximately) same set of facts to achieve that.

This is without prejudice to the rights and remedies of Adafruit, all of which are expressly reserved.

Martin Schwimmer

**Martin Schwimmer**
IA Director and Founding Partner US – Stobbs

Martin.Schwimmer@iamstobbs.com
www.iamstobbs.com

stobbs Intangible Asset Management

CONFIDENTIALITY NOTICE - This email is a communication between a law office and a particular individual or entity. It may contain confidential or privileged information. If you are not the intended recipient, please immediately contact the law offices of Stobbs at 704-702-6007 to notify the form of the error and to confirm that all electronic and hard copies of the communication have been destroyed.


docs.flux.ai/faq/data-security-and-ip-protection

Flux

Search

Home Introduction Tutorials Reference FAQ Legal

Open Flux

General FAQs
Schematic Editor
PCB Editor FAQs
Parts and Modules
When things go wrong: Errors and how to handle them
Lost connection
Private and public projects
Data security and IP protection
Pricing
Flux and AI FAQs

## FAQ

### What are the security benefits of a cloud-native infrastructure?

Cloud-native environments provide a number of security benefits, including greater visibility and control over the access and usage of applications, reduced attack surface due to ephemeral compute services of cloud applications, and ensured data backup by cloud providers. Flux customers also benefit from our use of industry-standard cloud resources, and the output of the cloud security community is leveraged to better protect user data.

### How do I report a potential security vulnerability in Flux products?

Anyone can report security issues by contacting our security team. We also have a bug program and we allow customers to conduct their own penetration test in alignment with our program rules (e.g. test your own data, and report any findings to us first). If you have any questions about the security program or rules please contact the security team before conducting any testing.

### What personal data does Flux access, store, or process from customers?

To provide our services, Flux collects limited personal information about users, including name, email address, job title, and, if you enable two-factor authentication, a phone number. You retain sole discretion over what you include in your designs on the Flux Platform. Flux also complies with all applicable data protection laws and regulations such as GDPR and CCPA. More information is available in our privacy policy.

### Does Flux have any rights to my data?

All data that you upload to or develop on the Flux platform remains owned by you and is tr

to learn mor

We serve cookies on this site to analyse traffic and optimise your experience. By using the website you agree to the **Privacy Policy**.

Accept

On This Page
Data security and IP protec
Modern, cloud-native environments
Data protection
Identity management
Service reliability
A high bar for privacy an security
Your privacy rights are important to us
Your data belongs to you
FAQ
What are the security be of a cloud-native infrastructure?
How do I report a potent security vulnerability in F products?
What personal data does access, store, or process customers?
Does Flux have any right my data?
Who has access to my projects?
Does Flux train the AI wi data?