ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
KATHERINE A. MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, Floor 33
San Francisco, CA 94111
Telephone: 415.875.2300

JON LENZNER (NYSB No. 4283164)
*Admitted Pro Hac Vice*
JLenzner@fenwick.com
FENWICK & WEST LLP
1155 F Street NW, 12th Floor
Washington, DC 20004
Telephone: 202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No. 3:26-cv-05480-LJC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Judge: Hon. Lisa J. Cisneros<br><br>Date Action Filed: June 5, 2026 |

Plaintiffs Adafruit Industries, LLC, Phillip Torrone, and Limor Fried (collectively, "Plaintiffs") and Defendant Defy Gravity, Inc. d/b/a Flux ("Defendant"), by and through undersigned counsel,

stipulate as follows:

WHEREAS, on June 5, 2026, Plaintiffs filed their Complaint in this action (ECF No. 1);

WHEREAS, on July 31, 2026, the parties filed a joint stipulation extending the time for Defendant to respond to Plaintiffs' Complaint from August 10, 2026 to August 31, 2026 (ECF No. 22);

WHEREAS, on August 31, 2026, Defendant timely filed a motion to dismiss Plaintiffs' Complaint (ECF No. 26);

WHEREAS, on September 11, 2026, the parties filed a joint stipulation and proposed order seeking to extend the time for Plaintiffs to amend their Complaint to September 30, 2026, and setting December 4, 2026, as the deadline for Defendant to file its response to Plaintiffs' Amended Complaint (ECF No. 28);

WHEREAS, on September 13, 2026, the Court granted the parties' stipulation with modifications, setting a deadline of September 30, 2026, for Plaintiffs to file their Amended Complaint and December 2, 2026, for Defendant to file its response to the Amended Complaint (ECF No. 29);

WHEREAS, on September 30, 2026, Plaintiffs timely filed their Amended Complaint (ECF No. 31);

WHEREAS, the parties are engaged in active, good-faith settlement discussions;

WHEREAS, Defendant requested, and Plaintiffs agreed to, an extension of time for Defendant to file a response to Plaintiffs' Amended Complaint in order to facilitate a possible settlement;

WHEREAS, the proposed extension will not impact any other pending deadlines;

WHEREAS, pursuant to Civil Local Rule 6-2, Defendant is filing the accompanying declaration of Jon Lenzner in support of the parties' stipulated request;

**IT IS ACCORDINGLY STIPULATED**, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, by and between the undersigned counsel for the parties, and subject to Court approval, that:

i. Defendant's deadline to answer, move, or otherwise respond to the Amended Complaint shall be extended from December 2, 2026, to January 8, 2027.

DATED: November 23, 2026

FENWICK & WEST LLP

By: */s/ Jon Lenzner*
Jon Lenzner
*Counsel for Defendant*

DATED: November 23, 2026

LEX LUMINA LLP

By: */s/ Rhett O. Millsaps II*
Rhett O. Millsaps II
*Counsel for Plaintiffs*

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: November 23, 2026 By: */s/ Jon Lenzner*
Jon Lenzner

* * *

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ______________________

______________________________________
UNITED STATES MAGISTRATE JUDGE