ERIC BALL (CSB No. 241327)
eball@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

BENJAMIN S. KINGSLEY (CSB No. 314192)
bkingsley@fenwick.com
KATHERINE A. MARSHALL (CSB No. 327042)
kmarshall@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300

JON LENZNER (NYSB No. 4283164)
*Admitted Pro Hac Vice*
JLenzner@fenwick.com
FENWICK & WEST LLP
1155 F Street NW, 12th Floor
Washington, DC 20004
Telephone: 202.970.3000

Attorneys for Defendant
DEFY GRAVITY, INC. d/b/a FLUX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADAFRUIT INDUSTRIES, LLC, PHILLIP TORRONE, and LIMOR FRIED,<br><br>Plaintiffs,<br><br>v.<br><br>DEFY GRAVITY, INC. d/b/a FLUX,<br><br>Defendant. | Case No.: 3:26-cv-05480-LJC<br><br>**DECLARATION OF JON LENZNER IN SUPPORT OF THE PARTIES' JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT** |

I, Jon Lenzner, declare the following:

1. I am an attorney admitted to practice in the District of Columbia, New York, and Maryland, and admitted *pro hac vice* to practice before this Court in the above-captioned action. I am a partner at the law firm of Fenwick & West LLP, and counsel of record for Defendant Defy Gravity, Inc. d/b/a Flux ("Flux" or "Defendant"). I submit this declaration in support of the parties' stipulation and proposed order extending Flux's time to respond to Plaintiffs' Amended Complaint. I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, I could competently testify to those facts.

2. Plaintiffs filed their Complaint in this action on June 5, 2026 (ECF No. 1).

3. On July 31, 2026, the parties filed a joint stipulation extending the time for Defendant to respond to Plaintiffs' Complaint from August 10, 2026 to August 31, 2026 (ECF No. 22).

4. On August 31, 2026, Defendant timely filed a motion to dismiss Plaintiffs' Complaint (ECF No. 26).

5. On September 11, 2026, the parties filed a joint stipulation and proposed order seeking to extend the time for Plaintiffs to amend their Complaint to September 30, 2026, and setting December 4, 2026, as the deadline for Defendant to file its response to Plaintiffs' Amended Complaint (ECF No. 28).

6. On September 13, 2026, the Court granted the parties' stipulation with modifications, setting a deadline of September 30, 2026, for Plaintiffs to file their Amended Complaint and December 2, 2026, for Defendant to file its response to the Amended Complaint (ECF No. 29).

7. On September 30, 2026, Plaintiffs timely filed their Amended Complaint (ECF No. 31).

8. The parties are engaged in active, good-faith settlement discussions.

9. Defendant requested, and Plaintiffs agreed to, an extension of time for Defendant to file a response to Plaintiffs' Amended Complaint in order to facilitate a possible settlement.

10. The proposed extension will not impact any other pending deadlines.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 23, 2026.

By: */s/ Jon Lenzner*
Jon Lenzner

FENWICK & WEST LLP
ATTORNEYS AT LAW